

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 0 3 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
75 TED TURNER S.W
ATLANTA, GA  30303

FRANTZ GERMAIN,
  Plaintiff,

1 : 2 4 - CV - 2 9 6 4

                                        V

THE STATE OF FLORIDA
GOV RONALD D. DESANTIS
OFFICE OF ATTORNEY GENERAL
ASHLEY MOODY
THE STATE BAR OF FLORIDA PRESIDENT
SCOTT WESTHEIMER
BROWARD COUNTY SHERIFF
GREGORY TONY
ERIC TODD SALPETER
CHERYL BUCKER
PENNY TAYLOR-MILLER
JUDGE DAVID HAIMES
JUDGE SUSAN LEBOW
Defendant(s),

CIVIL ACTION
DEMAND JURY TRIAL

# COMPLAINT

This lawsuit is brought pro se and is based on 46 CFR §§ 29 Negligence, which defines

negligence as the commission or omission of an act that a reasonable and prudent person in the

same circumstances would not do. It also involves 42 USC Ch.21 civil rights, which are rights

protected by law. Title 18, U.S.C., Section 242 addresses Deprivation of Rights Under Color of

Law, making it a crime for anyone acting under the color of law to willfully deprive a person of

their rights secured by the Constitution and laws of the U.S. This law also prohibits subjecting

individuals to different treatment based on their status as an alien or their color or race. The

lawsuit seeks damages for intentional discrimination in property rights, deprivation of rights, and

equal protection under U.S. Code 1116 and 15 U.S. Code 26. It is filed against the State of

Florida, State Bar of Florida Board of Governors, and Florida State Attorney General Ashley

1

Moody collectively for various violations including false arrest, police brutality, and violation of

constitutional amendments, among others. Title 18 U.S.C., section 242 prohibits the willful

deprivation of rights under the color of law in any State, territory, Commonwealth, Possession,

or District.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343, as
this action involves federal questions regarding the deprivation of rights under § 1981.
Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1396.

2. This Court has supplemental jurisdiction over related state and local law claims pursuant
to 28 U.S.C. § 1367(a). Venue is proper in this district under 28 U.S.C. § 1391(b) because a
substantial part of the events or omissions giving rise to this action, including certain of the
alleged unlawful negligence practices, occurred under the Federal Law

3. A civil right is an enforceable right or privilege, the interference with which by another
gives rise to an action for injury. Various jurisdictions have enacted statutes to prevent
discrimination based on a person's race, sex, religion, age, disability, national origin, and in
some instances sexual orientation.

## PARTIES
Plaintiff
Frantz Germain-Plaintiff
**Defendants**
Eric Salpeter, Bar Number 178209
Cheryl Bucker, Bar Number 115967
Penny Taylor-Miller, Bar Number 86262
Gregory Tony Broward Sheriff
Ronald Dion DeSantis Governor State of Florida
Ashley Moody Florida Attorney General
Scott Westheimer State Bar of Florida President
Susan Lebow Senior Circuit Court Judge
David A Haimes circuit Judge Circuit Judge
Marty Kiar Broward County Property Appraiser

## INTRODUCTION

The Florida Attorney General's Office, the Florida Department of Law Enforcement (FDLE)

Commissioner, and the State Bar of Florida President have collectively Violated the

constitutional rights of individuals in the United States and the State of Florida. Section 242 of

Title 18 makes it a crime for anyone acting under the color of law to willfully deprive a person of

their rights protected by the Constitution or Federal laws. This includes acts done by officials

both within and beyond the bounds of their lawful authority, as long as they are purporting to act

in an official Capacity. The Florida Civil Rights Act of 1992 was enacted to protect individuals

in the state from discrimination based on factors like race, color, religion, sex, and National

origin. It aims to secure their personal dignity, productive capacities, and General welfare.

Additionally, Section 1981(a) guarantees all persons the same Rights as white citizens to make

contracts, sue, give evidence, and enjoy the full Protection of the law. However, it appears that

Florida criminal justice department heads are knowingly allowing certain individuals to engage

in racketeering and Property fraud schemes, including the use of fake charges, wrongful arrests,

and Forged documents to take over minority-owned properties. This appears to be a widespread

problem in the South Florida real estate market.

## PRELIMINARY STATEMENT

The Florida State Bar functions as the administrative branch of the Florida Supreme Court,

specifically tasked with handling matters related to the admission and discipline of attorneys.

According to Rule 1 General 1-10 Authority and Mission, the State Bar operates under the

direction of the Supreme Court for matters concerning admissions. As per the Florida

Constitution, every individual who is admitted to practice law in the state automatically becomes

a member of the State Bar. The State Bar operates under the authority of the Supreme Court,

which holds inherent jurisdiction over the practice of law within the state. The establishment and

maintenance of The Florida Bar as a unified entity are authorized by the Florida Supreme

Court's constitutional power to regulate the practice of law in Florida. The Rules of Professional

Conduct, established by the court, set forth the standards of professional practice for lawyers. The primary objectives of the character and fitness investigation conducted prior to admission to The Florida Bar are to protect the public and uphold the integrity of the judicial system. I have initiated this federal lawsuit against the State Bar of Florida and the State of Florida collectively, seeking monetary damages and other forms of relief for intentional disregard of complaints requesting disciplinary actions against attorneys Eric Todd Salpeter (Bar Number: 178209), Cheryl Beth Bucker (Bar Number: 115967), Penny Taylor-Miller (Bar Number: 86262), and Edward Misleh. These attorneys had engaging in various misconduct, including initiating a fake foreign judgment related to property fraud, knowingly making false statements, violating the Rules of Professional Conduct, engaging in dishonesty, fraud, deceit, misrepresentation, and conduct prejudicial to the administration.

## ERIC SALPETER FRAUD CONSPIRACY

Eric Salpeter, a real estate attorney from the Florida Bar, has been involved in a criminal scheme that has troubled me for nearly four years to acquire my property. In August 2022, Eric Salpeter, along with Edward Misleh, submitted a foreign judgment in Broward County, Florida, citing Florida Statutes 55.505 without revealing any details about the creditor. Subsequently, they initiated a civil lawsuit to evict my property located at 4140 NW 62nd Ct Court, Coconut Creek, FL 33073. The judgment originated from the Superior Court of California, County of Placer, a non-jurisdictional venue that does not apply to me.

# The Law Offices of Edward Misleh

A Professional Corporation
6395 US Highway 1, Rockledge, FL 32955
Office: 321-951-9164                    Fax: 916-266-9403
Email: <u>ed@edwardmisleh.com</u>                    Website: <u>www.attorney-sacramento.com</u>

August 5, 2022

<u>Certified Mail</u>
<u>Return Receipt Requested</u>

Frantz Germain
<u>4140 NW 62nd Court</u>
Coconut Creek, FL 33073

RE:     NOTICE OF RECORDING
        Foreign Judgment; Rita Germain vs. Frantz Germain in the Superior Court of
        California, County of Placer, Case #SDR-0058535

Dear Mr. Germain:

Per Florida Statutes 55.505 (2), I am notifying you that on behalf of my client, Rita
Germain, who is the judgment creditor, the above referenced judgment has been submitted to
The Broward County Florida Recorder's Office for recording. Another copy of the judgment is
attached to this Notice.

Respectfully,

Edward Misleh, Esquire
Attorney for Rita Germain,
Petitioner/Judgment Creditor

Enclosure:     3/28/2022 Judgment

cc: Rita Germain

Page 1 of

As a result of my initial refusal, he proceeded with a second attempt by fabricating a lease
agreement in my name, presenting a property deed, and colluding with the corrupt Judge David
Haimes to wrongfully evict me as a homeowner. Subsequently, he transferred the property to
Jonathan Alanxander from Boca Raton, Florida, a real estate agent he had enlisted to sell my
property.

0314306 E-Filed 12/19/2022 02:57:29 PM

1 of 1

...ard Blvd Fort Lauderdale, Florida 33312

Sheriff # 22045533

Rita Germain VS Frantz Garmain, Et Al

Type of Writ: Writ of Possession

Serve: Frantz Germain   4140 NW 62 Court  Coconut Creek FL 33073

Served:     X
Not Served:

Date: 12/14/2022  Time: 9:25 AM

... OF SERVICE

Court Case # CACE22-14722
Hearing Date:
Received by CCN 15591
12/05/2022 11:36 AM

Court: Circuit / Broward FL

Eric T Salpeter, Esq
3864 Sheridan Street
Hollywood FL 33021

On Frantz Germain in Broward County, Florida, by serving the within named person a true copy of the writ with the date and time of service endorsed thereon by me, and copy of the complaint petition or initial pleading by the following method:

**INDIVIDUAL SERVICE**

Service Attempts:

| Date | Time | Name | Address |
|---|---|---|---|
| 12/05/2022 | 9:26 AM | Tuvelsh/15591 | 4140 NW 62 Court  Coconut Creek FL 33073 |

Notes: Posted on front door Red Ford Raptor and a White Mercedes in driveway.

**COMMENTS:** Eviction executed, property released to Johnathan Alexander.  Body worn camera on.

You can now check the status of your writ by
visting the Broward Sheriff's Office Website at
www.sheriff.org and clicking on the icon
"Service Inquiry"

Gregory Tony, Sheriff
Broward County, Florida

By: _____   D.S.

K. Brown, #14657

| RECEIPT INFORMATION | | | EXECUTION COSTS | DEMAND/LEVY INFORMATION | |
|---|---|---|---|---|---|
| Receipt # | 38893 | Levy | $50.00 | Judgment Date | n/a |
| Check # | 1368 | Service | $40.00 | Judgment Amount | $0.00 |
| Service Fee | $40.00 | | | Current Interest Rate | 0.00% |
| On Account | $0.00 | | | Interest Amount | $0.00 |
| Quantity | | | | Liquidation Fee | $0.00 |
| Original | 1 | | | Sheriff's Fees | $90.00 |
| Services | 1 | | | Sheriff's Cost | $0.00 |
| | | | | Total Amount | $90.00 |

bs14657 12/14/2022 09:36 41

ORIGINAL

Following his eviction, Eric Salpeter promptly submitted a quit claim deed on March 24, 2023, officially recording himself as the recipient of the property with Broward County acting as the

grantor. The document identified Eric Salpeter as the exclusive proprietor of the property

situated at 4140 NW 62nd Ct, Coconut Creek, FL 33073.





Eric Salpeter fabricated a false document claiming that the court had authorized him to sell my property. The sales agreement stated that the Clerk of Court or their representative, serving as an Elisor for the seller Frantz Germain, permitted Salpeter to sell my house for $510,000 and share the profits with his accomplice.

**"AS IS" Residential Contract For Sale And Purchase**
THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

Realtors

1* PARTIES: _____ **Rita Germain** _____ **Frantz Germain** _____ ("Seller"),
2* and _____ **Winston Barwise Cassiole** _____ **Stacy D Downe Cassiole** _____ ("Buyer"),
3   agree that Seller shall sell and Buyer shall buy the following described Real Property and Personal Property
4   (collectively "Property") pursuant to the terms and conditions of this AS IS Residential Contract For Sale And Purchase
5   and any riders and addenda ("Contract"):
6   1. PROPERTY DESCRIPTION:
7*     (a) Street address, city, zip _____ 4140 NW 62nd _____ Ct. Coconut Creek, Fl. 33073
8*     (b) Located in: _____ Broward _____ County, Florida. Property Tax ID #: _____ 48-42-05-22-0630
9*     (c) Real Property: The legal description is
10        COCONAS 160-6 B THAT PART OF PARCEL A DESC'D AS, COMM AT NE 1/4 COR OF SEC 5-88-63 NGLY
11        3.66 TO POB, SWLY ALG N'L 50.10, SWLY 115.00, NELY 50.10, NELY 115 TO POB AKA: LOT 63 COCONAS
12        together with all existing improvements and fixtures, including built-in appliances, built-in furnishings and
13        attached wall-to-wall carpeting and flooring ("Real Property") unless specifically excluded in Paragraph 1(e) or
14        by other terms of this Contract.
15     (d) Personal Property: Unless excluded in Paragraph 1(e) or by other terms of this Contract, the following items
16        which are owned by Seller and existing on the Property as of the date of the initial offer are included in the
17        purchase: range(s)/oven(s), refrigerator(s), dishwasher(s), disposal, ceiling fan(s), light fixture(s), drapery rods
18        and draperies, blinds, window treatments, smoke detector(s), garage door opener(s), thermostat(s), doorbell(s),
19        television/wall mount(s) and television mounting hardware, security gate and other access devices, mailbox
20        keys, and storm shutters/storm protection items and hardware ("Personal Property")
21*       Other Personal Property items included in this purchase are: _____
22
23        Personal Property is included in the Purchase Price, has no contributory value, and shall be left for the Buyer.
24*    (e) The following items are excluded from the purchase: _____
25

**PURCHASE PRICE AND CLOSING**

27*  2. PURCHASE PRICE (U.S. currency): _____ $ 510,000.00
28*     (a) Initial deposit to be held in escrow in the amount of (checks subject to Collection) _____ $ 10,000.00
29        The initial deposit made payable and delivered to "Escrow Agent" named below
30*       (CHECK ONE): (i) ☐ accompanies offer or (ii) ☐ is to be made within _____ (if left blank,
31        then 3) days after Effective Date. IF NEITHER BOX IS CHECKED, THEN OPTION (ii)
32        SHALL BE DEEMED SELECTED.
33*       Escrow Agent Name: _____ Title Now
34*       Address: _____ Phone: _____ 954-947-3540
35*       Email: _____ laura@titlenowfl.com _____ Fax: _____
36*     (b) Additional deposit to be delivered to Escrow Agent within _____ (if left blank, then 10)
37*       days after Effective Date _____ $ _____
38        (All deposits paid or agreed to be paid, are collectively referred to as the "Deposit")
39*     (c) Financing: Express as a dollar amount or percentage ("Loan Amount") see Paragraph 8 _____ 500000
40*     (d) Other: _____ $ _____
41     (e) Balance to close (not including Buyer's closing costs, prepaids and prorations) by wire
42*       transfer or other Collected funds (See STANDARD S) _____ $ 50,000.00
43  3. TIME FOR ACCEPTANCE OF OFFER AND COUNTER-OFFERS; EFFECTIVE DATE:
44     (a) If not signed by Buyer and Seller, and an executed copy delivered to all parties on or before
45*       _____ 7/31/2023 _____, this offer shall be deemed withdrawn and the Deposit, if any, shall be returned to
46        Buyer. Unless otherwise stated, time for acceptance of any counter-offers shall be within 2 days after the day
47        the counter-offer is delivered.
48     (b) The effective date of this Contract shall be the date when the last one of the Buyer and Seller has signed or
49        initialed and delivered this offer or final counter-offer ("Effective Date").
50  4. CLOSING; CLOSING DATE: The closing of this transaction shall occur when all funds required for closing are
51     received by Closing Agent and Collected pursuant to STANDARD S and all closing documents required to be
52     furnished by each party pursuant to this Contract are delivered ("Closing"). Unless modified by other provisions of

Buyer's Initials _____ _____   Page 1 of 12   Seller's Initials _RG_ _____
Florida Realtors/FloridaBar-ASIS-6   Rev.10/21 © 2021 Florida Realtors® and The Florida Bar. All rights reserved.
The Clerk of Court or designee as Elisor on behalf of Seller Frantz Germain

This software is licensed to [Mark Cadogan - Remax Beautiful Homes Inc.] www.transactiondesk.com.



**KW PARTNERS SW**
KELLERWILLIAMS REALTY

CLOSING COSTS NOTICE

Property Address: 4140 NW 62nd Ct, Coconut Creek, FL 33073

CLOSING COSTS: Upon the sale of real property additional costs may be required by the buyer and/or seller in the form of closing costs. The following is a list of known major Closing Cost items typically charged to the Buyer and/or Seller.

| | | | |
|---|---|---|---|
| Attorney Fees | Abstract Charges | Hazard/Flood Insurance | Real Estate Taxes |
| Settlement Fees | Title Insurance | Prepaid Interest & Escrow | Real Estate Commission |
| Appraisal Fees | Lender Service Fees | Mortgage Transfer Fees | Credit Report Fees |
| Discount Points | Endorsement Fees | Loan Origination Fees | Intangible Tax |
| Survey Fees | Doc Stamps | Homeowners Assoc Fees | Recording Fees |

Not all of the costs apply in every transaction. The Lender and/or Title Company will supply the Buyer and/or Seller specific costs prior to closing.

COMPENSATION: Keller Williams Realty Partners SW will be paid by the ☐ Seller / ☐ Buyer upon the completion of the sale of Real Property.

FINANCING: Mortgage Interest Rates and Discount Points vary with different Financial institutions and the marketplace on a daily basis. The buyer has the right to select the lender and the right to negotiate the financial terms and conditions of the agreement.

INSPECTION: The buyer has the right, at their expense to have the property inspected for any of the conditions that may adversely affect the property, including but not limited to: General Home, Roof, Termite, Radon, Septic, Mold and Chinese Drywall.

LEGAL REQUIREMENT: In Florida, all contracts for the sale of real property are required to be in writing to be enforceable and to comply with law. The buyer and/or Seller have the right to have legal counsel review all forms and to represent them.

THE UNDERSIGNED ACKNOWLEDGES THAT THIS WRITTEN NOTICE WAS RECEIVED BEFORE SIGNING CONTRACTUAL OFFER IN COMPLIANCE WITH FLORIDA STATUTES AND FLORIDA ADMINISTRATIVE CODE.

| | | | |
|---|---|---|---|
| *R.Germain* | 3/21/2023 | | |
| Buyer / Seller Signature | Date | Buyer / Seller Signature | Date |
| | | The Clerk of Court or Designee as Elisor on behalf of Seller Frantz Germain | |

grew up in the deep side of Lauderhill in Broward County, Florida, an area known for its high

rate of violent crime. My siblings and I had to navigate through a dangerous environment just to go to school in the morning. After my father passed away, my single mother, who had four children to support, could only afford to live in this neighborhood. It was the most dangerous neighborhood in the county, where we witnessed drug trade, murder, manslaughter, domestic abuse, robbery, and more. I spent 13 years living in the "hood" before moving away to attend college. It was a challenging experience, being surrounded by such a hostile environment. I witnessed and went through things that no one should have to. Living in disadvantaged neighborhoods like ours comes with a multitude of challenges, including poverty, crime, violence, substance abuse, and limited access to quality education, healthcare, and opportunities. Some argue that the "hood" often has a strong cultural identity shaped by its residents, with unique forms of expression, music, art, and language. This cultural richness can be a source of pride and resilience for individuals growing up in these communities. However, unfortunately, the deep side of Lauderhill was a different story altogether. It was a bloodbath sanctuary, devoid of any positive aspects. As a result of the horrific experiences, I endured; I made a promise to myself that one day I would have a house with a backyard in a gated community. I wanted to experience the feeling of becoming a homeowner in a safe and secure environment. In the fall of 2017, I achieved that goal and purchased a single-family home in Coconut Creek, Florida. The address is 4140 NW 62nd Ct, Coconut Creek, FL 33073. However, for some reason, Eric Salpeter and his team have made it extremely difficult for me to enjoy what rightfully belongs to me.

### 18 U.S. Code § 1028 Fraud and relate

The offense of fraud and related activity in connection with identification documents under 18 U.S. Code § 1028 includes producing or transferring identification documents unlawfully. This

encompasses creating false identification documents, transferring stolen documents, or using another person's identification without authorization with the intent to commit unlawful activities.

## 10 U.S. Code § 921 - Art.
## 121. Larceny wrongful appropriation

Any individual under the jurisdiction of this chapter who unlawfully takes, acquires, or retains, through any means, money, personal belongings, or any valuable item with the intention of permanently depriving or deceiving another individual of the ownership and benefits of the property, or appropriating it for their own use or the use of someone other than the owner, commits theft and is charged with larceny; or with the intention of temporarily depriving or deceiving another individual of the ownership and benefits of the property, or appropriating it for their own use or the use of someone other than the owner, commits wrongful appropriation. Any individual convicted of larceny or wrongful appropriation will be punished as determined by a court-martial. PC 532 theft by false pretenses prohibits deceiving someone of money or property through false promises. This law prohibits deceiving someone of their money or property through false promises, such as persuading someone to willingly give up something of value based on fraudulent representation.

## EDWARD MISLEH
## FRAUD CONSPIRACY

Edward Misleh was admitted to the California State Bar on December 21, 2010. However, his membership was revoked by the California Supreme Court on April 04, 2024, resulting in permanent disbarment due to his misconduct. Misleh, who attended law school in the late 50s and completed his studies in his early 60s, faced challenges from younger and more competent attorneys. This led him to resort to deceptive practices to continue practicing law and make a profit. Misleh's main action involves fabricating false judgments, which are then published in

newspapers to foreclose on properties owned by elderly individuals, individuals from the

Caribbean, and those with mental illnesses. I. Edward A Misleh #273645 License Status:

Inactive Permanently closedAddress Address: 6395 Us Highway Rockledge, FL 32955. On

February 23rd, 2022, I was sent a harassing email regarding the sale of my house, followed by a

notice of a recorded foreign judgment on my property was received on August 11th, 2022





EDWARD MISLEH (SBN 273645)
THE LAW OFFICE OF EDWARD MISLEH APC
6395 U.S. HIGHWAY 1
ROCKLEDGE, FL 32955
Tel: (321) 951-9164
Fax: (916) 266-9403

Filed - 03/28/2022
Electronically filed by Superior Court of California
County of Placer on 03/28/2022
John Chatham, Clerk of the Court
By R. Petbal Deputy Clerk

Attorney for Petitioner:
RITA GERMAIN

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF PLACER**

RITA GERMAIN

Petitioner

vs.

FRANZ GERMAIN

Respondent

Case No.: SDR-0058535

JUDGMENT

Hearing Date: 11/29/2021
Hearing Time: 9:00 A.M.
Department: 1

Electronically Submitted on 03/03/2022 12:28 PM

The above-entitled matter came on for trail on November 29, 2021 in Department 1 of the above-entitled Court.

Petitioner, RITA GERMAIN, (hereinafter referred to as "Petitioner" "Rita" or collectively as "Parties") appeared personally via video and with her attorney of record Edward Misleh, Esquire. Respondent, FRANTZ GERMAIN (hereinafter referred to as "Respondent" "Frantz" or collectively as "Parties") appeared personally via video as a self-represented litigant.

The court received evidence, both testimonial and documentary.

**ISSUES AT TRIAL**

1. Child custody;
2. Child support;

JUDGMENT
Page 1 of 11

The Final Judgement August 11th, 2022

1 of 6                    *A*

NOTICE OF RECORDING FOREIGN JUDGMENT
Date Recorded: 08/11/2022
Instrument #: 118333267

To:

FRANTZ GERMAN
4140 NW 82ND COURT
COCONUT CREEK, FL 33073

Pursuant to Florida Statutes, Section 55.505, the County Administrator in and for the County of
Broward, State of Florida, does hereby notify you of the recording of a Foreign Judgment in
which you are named as a debtor.

An Affidavit, recorded concurrently therewith, provides the name and post office address of
the judgment creditor(s). A copy of said Affidavit is attached hereto.

If the creditor has a Florida attorney, the name and post office address of that attorney is
N/A

GIVEN UNDER MY HAND AND OFFICIAL SEAL

COUNTY ADMINISTRATOR

By _____
                        Deputy

RECEIVED

AUG 17 2022

Court hearing Schedule for July 3rd, 2023

Attached are documents for an ex parte hearing scheduled July 3, 2023 at 8:30 a.m. PST, department 41 , Placer County , Santucci Justice Center.



From   Barbara Misleh (barbara@edwardmisleh.com)

To   frantz701@yahoo.com

Cc   ed@edwardmisleh.com

Date   Friday, June 30, 2023 at 10:33 AM EDT

Notice of Ex Parte Hearing

Attached are documents for an ex parte hearing scheduled July 3, 2023 at 8:30 a.m. PST, department 41 , Placer County , Santucci Justice Center.

Sincerely,

Barbara Misleh, Legal Assistant
**The Law Offices of Edward Misleh, APC**
Mailing address:
8395 US Highway 1
Rockledge, FL 32955
Phone: (321) 961-9164
Barb's Cell: (321) 271-8043
Fax: (916) 266-9403
Email: barbara@edwardmisleh.com

*Google and Facebook reviews are appreciated!*
http://g.page/sacramentodivorcelawyer/review

📄 2023-06-29 RFO Elisor filed RG.pdf
   1.4MB

📄 2023-06-29 Ex Parte Elisor filed RG.pdf
   1.4MB

📄 2023-06-29 Notice Court Hearing Emergency Order.pdf
   11.7MB

Placer Superior Court Accepted through eDelivery submitted 07-06-2020 at 08:15:37 AM

1 of 4



MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Edward Hialah,
The Law Offices of Edward Misleh, APC     273845
655 Tenth Street
Sacramento, CA 95814
TELEPHONE NO.: (916) 443-4227          FAX No.(Optional): (916) 366-8103
E-MAIL ADDRESS (Optional): ed@edwardmisleh.com
ATTORNEY FOR (Name): Rita Germain

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Placer
STREET ADDRESS: 10820 Justice Center Drive
MAILING ADDRESS: P.O. Box 619072
CITY AND ZIP CODE: Roseville, CA 95678
BRANCH NAME: Bill L. Santucci Justice Center

PLAINTIFF/PETITIONER: Rita Germain

DEFENDANT/RESPONDENT: Fremin Germain

**ELECTRONICALLY FILED**
Superior Court of California,
County of Placer
07/06/2020
By: Aruna Komaru, Deputy Clerk

DECLARATION

CASE NUMBER:
S-CV-0054535

SUN-SENTINEL

Sold To:
Law Offices of Edward Misleh APC - CU00101983
612 10th St.
Sacramento, CA 95814

Bill To:
Law Offices of Edward Misleh APC - CU00101983
612 10th St.
Sacramento, CA 95814

Published Daily
Fort Lauderdale, Broward County, Florida
Boca Raton, Palm Beach County, Florida
Miami, Miami-Dade County, Florida

State Of Illinois
County Of Cook

Before the undersigned authority personally appeared, who on oath says that he or she is a duly authorized representative of the SUN-SENTINEL, a DAILY newspaper published in BROWARD/PALM BEACH/MIAMI-DADE County, Florida that the attached copy of advertisement, being a Legal Notice in:

The matter of 11744-Other Legal Notices, Law Offices of Edward Misleh APC
Was published in said newspaper in the issues of Dec 02, 2020, Dec 12, 2020, Dec 19, 2020, Dec 04, 2020

Affiant further says that the said SUN-SENTINEL is a newspaper published in said BROWARD/PALM BEACH/MIAMI-DADE County, Florida, and that the said newspaper has heretofore been continuously published in said BROWARD/PALM BEACH/MIAMI-DADE County, Florida, each day and has been entered as second class matter at the post office in BROWARD County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement, and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund, for the purpose of securing this advertisement for publication in the said newspaper.

Signature of Affiant

Sworn to and subscribed before me this January 04, 2021.

Signature of Notary Public

BRENDAN KOLASA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 22, 1994

Name of Notary, Typed, Printed, or Stamped
Personally Known (X) or Produced Identification ( )
Affidavit Delivery Methods U.S. Mail
Affidavit Email Address

D2

FL-980

| PETITIONER: Rita Germain | CASE NUMBER: |
|---|---|
| RESPONDENT: Franz Germain | D-08-0098839 |
| OTHER PARTY/PARENT: | |

4.  The respondent cannot with reasonable diligence be served in any manner specified in Code of Civil Procedure sections 415.10 through 415.40 based on the declaration below.

5.  Declaration:
    Describe how you tried to find the respondent. This search may include checking with respondent's last known address; respondent's friends and family, respondent's current and past employers and any unions, internet research, and the tax assessor records in the county of respondent's last known address or any county in which you think the respondent may live. List all steps, the date you took each step, and the results. (You may want to check with your local court's self-help center or the California courts on-line self-help center for additional ideas about how to locate someone.)

    a.  I last saw or had contact with the respondent on (date):  07/29/2020
        at (location): on the computer FaceTime.

    b.  The last address I have for respondent is:  6140 NW 62nd Court
                                                     Coconut Creek, FL 33073

    c.  The last work or business address I have for respondent is:
        Respondent works from home, 6140 NW 62nd Court
                                     Coconut Creek, FL 33073

    d.  I have taken the following steps to try to find the respondent:
        Respondent will not accept service of the documents though a courier has attempted service several times (see attached declaration). We talk on FaceTime or by phone several times per week and he is at home working in his office.

☐ Continued on the attached declaration. Number of pages attached:  _____
☐ Search results attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/8/2020          Signatures by fax pursuant to CEC 2.305

Rita Germain
        (TYPE OR PRINT NAME)                    ►    R German
                                                     (SIGNATURE OF PETITIONER)

FL-980 [New January 1, 2012]          **APPLICATION FOR ORDER**                    Page 3 of 3
CEFF Essential          **FOR PUBLICATION OR POSTING**
     [All Forms]                    (Family Law)          Germain, S.

BZ

Pinas Superior Court Accepted through eDelivery submitted on eDelivery submitted 08-26-2020 at 08:58:52 AM

## VERIFIED RETURN OF SERVICE

Job # 2022001043

**Client Info:**

Pro Se - Frantz Germain
4140 NW 52nd CT
Coconut Creek, FL 33073

**Case Info:**

PLAINTIFF:
FRANTZ GERMAIN
-versus-
DEFENDANT:
EDWARD A MISLEH

UNITED STATES DISTRICT
County of Southern District, Florida
Court Case # 0:22-CV-60603-RS

**Service Info:**

Received by Denny Acdstas on April, 12th 2022 at 02:56 PM
Service: I Served EDWARD A. MISLEH
With: SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL, EXHIBITS
by leaving with Edwar A. Misleh, INDIVIDUALLY

At Other 6305 US HIGHWAY 1 ROCKLEDGE, FL 32955
Latitude: 28.338177,  Longitude: -80.675622

On 4/30/2022 at 02:46 PM
**Manner of Service:** PERSONAL SERVICE
INDIVIDUAL SERVICE WAS PERFORMED BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS, WITH
THE DATE AND HOUR OF SERVICE ENDORSED BY ME, AT THE SAME TIME, I DELIVERED THE WITHIN NAMED PERSON A COPY OF
THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER.

**Served Description:** (Approx)

Age: 60, Sex: Male, Race: White-Caucasian, Height: 6' 0", Weight: 190, Hair: Grey Glasses: Yes

**Military Status:**

Military Status = No

I Denny Acosta acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was
served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and
that the facts stated in it are true.



Denny Acosta
Lic # 621

Pro Se - Frantz Germain
4140 NW 52nd CT
Coconut Creek, FL 33073

Job # 2022001043

1 of 1

 The State Bar *of California*

### 180 Howard St, San Francisco, CA 94105

**San Francisco**
Main Office
180 Howard Street
San Francisco, CA 94105
415-538-2000

- File a complaint against a California attorney, 800-843-9053
- Get help finding an attorney
- Ask a question about your State Bar license, AttorneyRegulation@calbar.ca.gov
- Ask a question about your application to the State Bar, admissions@calbar.ca.gov
- Find contact information for a particular office at the State Bar

**Attorney Profile**
**Edward A Misleh #273645**

License Status: Inactive

Address: The Law Offices of Edward Misleh, APC, 6395 Us Highway 1, Rockledge, FL 32955-5746 Phone: 321-951-9164 | Fax: 916-266-9403

**License Status, Disciplinary and Administrative History**

**All changes of license status due to no disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|------|----------------|------------|----------------------|
| Present | Inactive | | |
| 3/4/2024 | Inactive | | |
| 12/1/2010 | Admitted to the State Bar of California | | |

1

## CHERYL BUCKER CO-CONSPIRATOR

Cheryl Bucker, a co-conspirator, is the latest individual charged under 18 U.S.C. § 371 for committing a federal crime. Specifically, she has been charged with 18 U.S.C. § 1512(k) Conspiracy to Obstruct an Official Proceeding, as well as 18 U.S.C. §§ 1512(c)(2) and 2, which cover Obstruction of and Attempt to Obstruct an Official Proceeding. Additionally, she has been charged under 18 U.S.C. § 241 for her alleged criminal conduct. The federal prosecutors are requested to file conspiracy charges that cover the range of Bucker's alleged criminal activities. It is alleged that she has used her position to introduce fake documents into court proceedings in order to defraud civilians. Bucker is accused of producing fake foreign judgments alongside Edward A. Misleh, specifically targeting black homeowners. Federal agents are urged to thoroughly investigate the evidence in order to develop a comprehensive defense strategy. Conspiracy to commit a federal crime occurs when two or more people agree to commit a particular offense, and at least one person takes an overt step to further the conspiracy. The term "conspiracy" can be confusing in the federal criminal justice system, as the government does not need to prove a written agreement between the parties. Instead, prosecutors can demonstrate a conspiracy by showing the individuals worked together to commit a federal crime. In July 2023, Cheryl Bucker is alleged to have registered a new fake judgment with a fabricated date, claiming it was a dissolution order from the Superior Court of California in Placer County, entered on February 10, 2023. This fake judgment was then domesticated, with a hearing held on January 25, 2024. Bucker represented the petitioner in this matter, and a default judgment was granted on February 1, 2024 against the respondent. Attorney Bucker deliberately fabricated the false judgment in order to perpetrate fraud and inflict excruciating pain. She has violated both Federal law and Florida statutes 812.155, which outlines the offense of obtaining personal property or

equipment with the intent to defraud. This is considered a severe offense that should result in

imprisonment. The federal government defines fraud as an intentional deception or

misrepresentation of facts for the purpose of gaining an unfair advantage, and it can involve

activities such as making false statements, using fraudulent documents, and engaging in other

deceptive activities.

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

IN THE FORMER MARRIAGE OF:     Case No.: **FMCE-23-10724**

RITA GERMAIN,
    Petitioner,

    and

FRANTZ GERMAIN,
    Respondent.
_____/

## DEFAULT FINAL JUDGMENT OF DOMESTICATION AND ENFORCEMENT AND ORDER APPOINTING SPECIAL MAGISTRATE

THIS MATTER came to be heard on January 25, 2024, upon the Amended Petition for Domestication and Enforcement, filed by the Petitioner, RITA GERMAIN. The Petitioner was present and was represented by Cheryl Bucker, Esq. A Clerk's Default was entered against the Respondent on November 22, 2023, for failure to serve or file any paper as required by law. Notice of the Default Hearing was served on the Respondent, via email: Frantz701@yahoo.com. The Court, having heard arguments of counsel, testimony of the parties, having reviewed the pleadings, and being fully advised in the premises, does hereby

ORDER, ADJUDGE AND DECREE:

    1.    The Court has jurisdiction of the parties and the subject matter.

    2.    The Judgment of Dissolution from the Superior Court of California in Placer County, entered on February 10, 2023, is hereby domesticated.

    3.    Furthermore, the following provisions contained within Judgment of Dissolution from the Superior Court of California in Placer County, entered on February 10, 2023, are hereby enforced:

    a.    **Page 5 of 11 (Lines 11-19),**

*Based upon the foregoing, the court hereby finds that the presumed child support is $1,379 per month payable from Frantz to Rita. The court reserved jurisdiction to modify support back to June 1, 2021....*

*At the first hearing on child support, Rita had just ceased working for United Health. Frantz was ordered to pay $864 per month to Rita commencing June 1, 2021. The court has now received evidence of income not readily available at the*

Page 1 of 6

*law and motion hearing. Frantz shall receive credit for child support paid from June 1, 2021. The court reserves jurisdiction to determine arrearages based upon the revised child support amount.*

b. **Page 5 of 11 (Lines 25-27),**

*Frantz is hereby ordered to pay spousal support to Rita in the sum of $1,102 commencing June 1, 2021 through January 31, 2022. The arrearage is $8,816. Commencing February 1, 2022, spousal support shall be determined pursuant to Section 4320.*

c. **Page 6 of 11 (Lines 20-26),**

*The court finds that reasonable spousal support under these circumstances is $750 per month. The court finds that Frantz has the ability to pay spousal support in the sum of $750 per month commencing February 1, 2022 and continuing for a period of 18 months. Spousal support for Rita shall terminate upon the death of either party, the remarriage of Rita, further order of court, or July 31, 2023, which ever first occurs. The court terminates jurisdiction to award spousal support to Frantz effective February 1, 2022.*

d. **Page 6 of 11 (Lines 27-28),**

*Single Family Residence 4140 N.W. 62nd Court, Coconut Creek, Fl.:*

e. **Page 7 of 11 (Lines 1-23)**

*The former family residence shall be listed for sale forthwith. The parties are hereby ordered to select an agreed to real estate sales broker or agent for listing. The listing price shall be determined after consultation with the broker or sales agent. The court reserves jurisdiction to resolve any dispute over the designation of the broker or sales agent, the listing price, and the sales price.*

*Upon close of escrow, the net proceeds to Sellers shall be divided as set forth herein. The sales proceeds have been divided herein in such a manner as to equalize the division of the community estate.*

*The Court expressly reserves jurisdiction to enforce the provision of the judgment pursuant to Family Code Section 290. Including, but not limited to, appointing an Elisor to execute documents required for the sale of the family home in the event a party fails or refuses to do so.*

*Since the date of separation, Frantz has been in sole and exclusive possession and enjoyment of the former family residence. Further, during his tenure at the residence, he has failed to pay the mortgage, took advantage of the deferments on foreclosures and entered into a modified loan agreement with PennyMac, the lending institution.*

▤ 3 of 5

The court finds Rita's evidence for the fair market rental value to be persuasive. Frantz provided no rental value evidence, although he did obtain a fair market appraisal. Therefore, the court finds that the fair market rental value of the Coconut Creek residence to be $2,100 per month. Frantz has been in the home essentially rent free since the date of separation. Thus, the court will charge him $2,100 per month from August 1, 2018 through November 31, 2021 (40 months) for a total of $84,000.

**f.  Page 8 of 11 (Lines 1-5)**

There is a disparity in access to resources in favor of Frantz. The court finds that Frantz has the ability to pay reasonable attorney's fees. Rita has the need for an award of attorney's fees. Based upon the evidence before the court, the court hereby awards attorney's fees and costs to Rita in the sum of $7,500.

**g.  Page 8 of 11 (Lines 22-28)**

Based upon the foregoing, the court hereby makes the following orders:

5. Frantz is hereby awarded the following assets and assigned the following debts [sic] and liabilities:

e. Fair market rental value of the single-family residence located at 4140 N.W. 62nd Court, Coconut Creek, FL in the sum of $84,000.

**h.  Page 9 of 11 (Lines 1-13 and Lines 18-28)**

d. Household furniture and furnishings in his possession.

6. Rita is hereby awarded the following assets and assigned the following debts and liabilities:

b. An equalizing payment from sales proceeds of the Coconut Creek residence in the sum of $46,266. which shall be deducted from Frantz's on-half [sic] of the net proceeds to the seller upon close of escrow.

7. Frantz shall pay child support to Rita in the sum of $1,379 per month commencing June 1, 2021 and continuing until the first of the following events to occur:

    a. the death of Adelle;
    b. Adelle obtaining the age of 18 years and graduation from High School;
    c. Age 19 provided that Adelle remains fully enrolled in High School;
    d. Further order of court.

10.  Frantz shall pay to Rita the sum of $1,102 per month as and for temporary spousal commencing June 1, 2021 up to and including January 31, 2022.

11.  Frantz shall pay to Rita the sum of $750 per month as and for long term

*spousal support for a period on 18 months commencing February 1, 2022 up to and including July 31, 2023. Spousal support for Rita shall terminate upon the first for the following events to occur:*

    *a. the death of either party;*
    *b. Rita's remarriage;*
    *c. July 31, 2023 at mid-night;*
    *d. Further order of court.*

*12.   Jurisdiction to award spousal support to Frantz terminates January 31, 2022.*

### i.  Page 10 of 11 (Lines 1-17)

*The former family residence located at 4140 N.W. 62nd [sic] Court, Coconut Creek, Fl. shall be listed for sale forthwith.*

*a.    The parties shall designate and agreed [sic] to broker or sales agent for the purpose of sale.*
*b.    The sale price shall be set with the advice of the broker or sales agent.*
*c.    The court reserved jurisdiction to designed [sic] a broker or sales agent, the listing price, the sales price, the terms of sale and any dispute over escrow or closing instructions.*
*d.    The net sales proceeds to Sellers shall be divided as follows:*
    *i. The net sales proceeds shall be divided equally.*
    *ii. Prior to the distribution of the sales proceeds to Rita and Frantz, the sum of $46,266 shall be deducted from Frantz's one-half share and added to Rita's one-half share. In other words, Frantz shall receive on-half [sic] of the net proceeds minus $46,266 and Rita shall receive on-half [sic] of the net proceeds plus $46,266.*

*14    Rita is hereby awarded attorney fees and cost in the sum of $7,500 payable by Frantz to Rita.*

4.    The home located at: 4140 N.W. 62nd Court, Coconut Creek, Fl, 33073 (hereinafter "Coconut Creek home") shall be immediately sold.

5.    A Special Magistrate has been appointed to the case to execute the closing contract for the Coconut Creek home and any matters related thereto on behalf of the Respondent.

6.    This Court hereby appoints Penny Taylor-Miller, Esq. to act as Special Magistrate in this case and to execute the closing documents for the sale of the Coconut Creek home, on behalf of the Respondent.

7.    All attorney's fees and costs incurred as result of this appointment and the services rendered as a Special Magistrate at her hourly rate of $300.00 per hour, shall be paid/deducted from the Respondent's portion of proceeds from the sale of the Coconut Creek home, if any. In the event that there are not sufficient net sales proceeds available from the Respondent's share of the net sales proceeds to pay the Special Magistrate, her fees shall be a line item on the Settlement

Statement and subject to reimbursement by the Respondent.

8.    Pursuant to page 10 of 11, paragraph 13(d)(i), of the Judgment of Dissolution from the Superior Court of California dated February 10, 2023, each party is to receive one half of the net sales proceeds.

9.    Pursuant to page 10 of 11, paragraph 13(d)(ii), of the Judgment of Dissolution from the Superior Court of California dated February 10, 2023, the sum of $46,266.00 shall be deducted from Respondent's share of the net sales proceeds and given to the Petitioner.

10.    Pursuant to page 9 of 11, paragraph 7, of the Judgment of Dissolution from the Superior Court of California dated February 10, 2023, the payment of child support in the amount of $1,379 per month commencing June 1, 2021 until October 11, 2022, which is $23,443 plus interest at 4.31% per annum, shall be paid from the Respondent's share of the net sales proceeds of the Coconut Creek home.

11.    Pursuant to page 9 of 11, paragraph 10, of the Judgment of Dissolution from the Superior Court of California dated February 10, 2023, the payment of $1,102 per month in temporary spousal support commencing June 1, 2021 through January 31, 2022, which is $8,816.00 plus interest at the rate of 4.31% per annum, shall be paid from the Respondent's share of the net sales proceeds of the Coconut Creek home.

12.    Pursuant to page 9 of 11, paragraph 11, of the Judgment of Dissolution from the Superior Court of California dated February 10, 2023, the payment of $750 per month for long-term spousal support for a period of 18 months commencing February 1, 2022 through July 31, 2023, which is $13,500.00 plus interest at 4.25% per annum, shall be paid from Respondent's share of the net sales proceeds of the Coconut Creek home.

13.    Pursuant to page 10 of 11, paragraph 14, of the Judgment of Dissolution from the Superior Court of California dated February 10, 2023, the payment of $7,500.00 in attorney's fees and costs shall be paid from the Respondent's share of the net sales proceeds of the Coconut Creek home.

14.    The total amount that the Respondent owes the Petitioner from his share of the net sales proceeds, pursuant to the Judgment of Dissolution from the Superior Court of California, dated February 10, 2023, is $99,525.00 plus interest.

15.    In addition, Petitioner testified that she paid her attorney $4,500.00 for fees and $500.00 in costs for this matter.

16.    This Court finds that Petitioner's counsel's fees and costs are reasonable. The payment of $5,000.00 in attorney's fees and costs shall be paid from the Respondent's share of the net sales proceeds of the Coconut Creek home.

17.    If the Respondent's share of the net sales proceeds are insufficient to pay the amounts ordered herein, any remaining balance owed to the Petitioner shall be reduced to a money

**PENNY TAYLOR-MILLER**

Co-Conspirator Penny Taylor-Miller, a close protégé of Eric Salpeter, is guided and supported by him in all their criminal activities. The latest of these is the fraudulent judgment secured by her colleague Cheryl Bucker on January 31st, 2024, related to a California case that is now in the appellate court. Mr. Germain has requested that the Special Magistrate assigned to this case submit all rulings from the Appellate Courts or any orders to stay the sale of the property, if they exist. If not, Mr. Germain plans to comply with the court's order and sign the contract as court-ordered. This matter has led to an investigation into whether Defendant Eric Todd Salpeter's past activities affected the state bar's handling of the case. An individual stated the state bar had earlier been sanctioned for containing false and misleading information, as the bar's attorney licensing and discipline processes are under scrutiny. The rewritten text clarifies the key events, actors, and legal proceedings involved, and presents the information in a more organized and coherent manner. I have aimed to improve the overall flow, concision, and impact of the original text. On 3/19/2024, at 9:49:01, Penny Taylor-Miller executed the transfer of the property deed to CANNICLE, WINSTON BARWISE CANNICLE, STACY D DOWNS. She made a false assertion that Frantz Germain, an unmarried individual residing at c/o Penny Taylor-Miller, P.A 10100 W. Sample Road, Suite 332, Coral Springs, FL 33065. This occurrence took place subsequent to her awareness of Federal case Number 1:23-CV-252 pending against Broward County in the United States District Court for the Eastern District of Tennessee. Consequently, I had no alternative but to voluntarily withdraw case Number 1:23-CV-252 against Broward County and initiate this legal action against the State of Florida due to their inadequate leadership. In Florida, marital property is divided equally between spouses, while non-marital property is not. A deed is a legal document used to transfer ownership of real property in the state. During real estate transactions in Florida, both parties must sign the deed to transfer ownership. Typically, the seller provides the deed at closing, but they can also hire a real estate attorney to handle the process. Only Florida courts have the authority to divide property in the

state, and evidence must be presented to support any claims in court. There is no evidence from

the Florida court to prove that I have been divorced in Florida. Therefore, is unclear under what

authority Attorney Penny Taylor-Miller is claiming the right to sell my house without

my consent and falsely using my address as her own.

---

FW: Extension

Penny Miller (pennytmiller@divorcelawyerofbroward.com)

rbiss001@fiu.edu

mark701@yahoo.com; cls@cherylaw.com; mark_cadogan@yahoo.com

Wednesday, February 7, 2024 at 05:58 PM EST

Per the order entered by the court, yes.  I am able to execute the closing contract and any
matters related thereto on behalf of the Respondent, which includes executing closing documents
for sale of the home as well.  Mr. Germain, I should only execute these documents in the event
you refuse or fail to do so.  As such, I will give you until 5 p.m. tomorrow to execute the
documents.  If you do not do so, I would ask Ms. Bissainthe to advise me so I can execute with
the authority provided to me in the Order entered January 31, 2024.

Penny Taylor-Miller, Esq.
Penny Taylor-Miller, P.A.
10100 W. Sample Road, Ste. 332
Coral Springs, FL 33065
(954) 757-2667; Cell (954) 299-5957
Pleading e-mail:  pennytmiller@divorcelawyerofbroward.com

The information transmitted herein ("Information") is intended only for the person or entity to which it is addressed and may contain confidential
proprietary, and/or privileged material. Any review, reproduction, retransmission, dissemination or other use of, or taking of any action in reliance upon, this
information by persons or entities other than the intended recipient is prohibited. If you have received this in error, please contact the sender and delete the
information from all computers.

**From:** Rita Bissainthe <rbiss001@fiu.edu>
**Sent:** Wednesday, February 7, 2024 10:14 AM
**To:** mark cadogan <mark_cadogan@yahoo.com>; Penny Miller
<PennyTMiller@DivorceLawyerOfBroward.com>
**Subject:** Extension

Hi Penny,

Attached is the extension for the property as a result of the 30-day waiting period. Are you able to
sign this extension on behalf of Mr. Germain.

Thank you,

Rita

Get Outlook for iOS

Extension 2 7 2024 pdf
41.6kB

Broward County Commission
Deed Doc Stamps: $3570.00

Prepared by:
Kele T. Salpeter, Esq.
Salpeter Gitkin LLP
3864 Sheridan Street
Hollywood, FL 33021
954-467-8622
File Number: 5010.001

After recording return to:
Title Now, LLC
640 NE 4th Avenue
Suite 2
Fort Lauderdale, FL 33301
File Number: A23-07021T

[Space Above This Line For Recording Data]

## Warranty Deed

This Warranty Deed made this __8__ day of March, 2024 between Rita Germain n/b/a Rita Augustin, a married woman, whose post office address is 5150 Rocklin Rd., #303, Rocklin, CA 95677, and Frantz Germain, a single man, whose post office address is c/o Penny Taylor-Miller, P.A., 10100 W. Sample Road, Suite 333, Coral Springs, FL, 33065, ("Grantor"), and Winston Barwise Casulric and Stacy D. Dovene Casulric, husband and wife whose post office address is 4140 NW 62nd Court, Coconut Creek, FL 33073, ("Grantee").

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Broward County, Florida to-wit:

A portion of Parcel "A", "Cocobay", according to the plat thereof, as recorded in Plat Book 160, Page 6, of the Public Records of Broward County, Florida, being more particularly described as follows:

Commence at the South Quarter (1/4) corner of Section 5, Township 48 South, Range 42 East, as shown on the said plat of "Cocobay", the West line of the Southeast 1/4 of said Section 5, having a bearing of North 01° 05'24" West; thence North 12°36'14" West, for 693.66 feet to the Point of Beginning of the hereinafter described parcel; thence South 77°39'46" West, along the South boundary line of said Parcel A", for 50.10 feet; thence North 12°20'14" West, for 115.00 feet; thence North 77°39'46" East, for 50.10 feet; thence South 12°20'14" East, for 115.00 feet to the Point of Beginning.

Also known as Lot 63, "Cocobay", an unrecorded plat in the City of Coconut Creek, Broward County, Florida.

(Bearings are based upon the West line of the Southeast 1/4 of Section 5, Township 48 South, Range 42 East, as shown on the plat of "Cocobay", as recorded in Plat Book 160, Page 6, of the Public Records of Broward County, Florida, having a bearing of North 01°05'24" West.)

Parcel Identification Number: 48-42-05-22-0630
Property Address: 4140 NW 62nd Court, Coconut Creek, FL 33073

DoubleTime®

This conveyance is subject to the following:

1. Taxes for the year 2024 and subsequent years, which are not yet due and payable;
2. Covenants, conditions, restrictions, easements, reservations and limitations of record, if any without reimposing same.

***Grantor, Rita Germain n/k/a Rita Augustin, warrants that at the time of this conveyance, the subject property is NOT her homestead within the meaning set forth in the constitution of the State of Florida, nor is it contiguous to or part of homestead property. Grantor's residence is at 5150 Rocklin Rd., #363, Rocklin, CA 95677.

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2023.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed/sealed and delivered in our presence:

Witness #1 Signature: _____
Witness #1 Printed Name: Jessica Sawruk
Witness #1 Address: 3564 Sheridan St
Hollywood FL 33021

Witness #2 Signature: _____
Witness #2 Printed Name: Eric Siegel
Witness #2 Address: 3864 Shienda Street
Hollywood, FL 33021

_____ (Seal)
Rita Germain n/k/a Rita Augustin

State of Florida
County of Broward

The foregoing instrument was acknowledged before me by means of [X] physical presence or [_] online notarization, this 14th day of March, 2024 by Rita Germain n/k/a Rita Augustin, who [ ] is personally known or [X] has produced Florida DL as identification.

[Notary Seal]

Jessica Sawruk
Notary Public
State of Florida
Comm# HH361855
Expires 6/10/2025

Notary Public _____
Printed Name: Jessica Sawruk
My Commission Expires: 06/10/2025

Warranty Deed - Page 2                                          DoubleTime®

Witness #1 Signature:
Lisa Aline Kochlany
Witness #1 Printed Name:
Witness #1 Address: 10100 W. Sample Rd
#316 Coral Springs, FL 33065

Witness #2 Signature:
Nacy Thurs
Witness #2 Printed Name:
Witness #2 Address: 10100 W. Sample Rd
#316 Coral Springs FL 33065

By: Penny Taylor-Miller, Esq.,                    (Seal)
as Special Magistrate for Pranis Germain

State of Florida
County of Broward

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this
13 day of March, 2024 by Penny Taylor-Miller, Esq., as Special Magistrate for Pranis Germain, who [ ] is
personally known or [✓] has produced FL. D.L. as identification.

[Notary Seal]

Notary Public

Printed Name: Lisa Aline Kochlany

My Commission Expires: 3-26-2026

LISA ALINE KOCHLANY
Notary Public-State of Florida
Commission # HH 233123
My Commission Expires
March 26, 2026

Warranty Deed - Page 3                    DoubleTime®

Attorney Penny Taylor-Miller has committed offenses that contravene Federal Code Title 18,

Section 471 of the United States. This particular code delineates a federal crime in which

individuals who engage in the fraudulent creation, forgery, counterfeiting, or alteration of any

United States security are deemed to be in breach of the law.

### 42 U.S. Code § 1983 – Civil
### action for deprivation of rights

42 U.S. Code § 1983 states that any person who, under the guise of any law, regulation, or custom of any

State or Territory, subjects a citizen to the deprivation of rights guaranteed by the Constitution and laws,

can be held accountable in a court of law. It is crucial to understand that Equal Protection ensures that all

individuals are treated fairly under the law, regardless of their circumstances. This principle is enshrined in

the U.S. Constitution and must be upheld by all governmental bodies.

### 18 U.S. Code § 1028 Fraud and relate

The offense of fraud and related activity in connection with identification documents under 18 U.S. Code

§ 1028 includes producing or transferring identification documents unlawfully. This encompasses creating

false identification documents, transferring stolen documents, or using another person's identification

without authorization with the intent to commit unlawful activities.

## Count I
## Rule 8. Rules of
## Professional Conduct

The lawyer is prohibited from violating the Rules of Professional Conduct, assisting others in doing so,
committing criminal acts that reflect negatively on their honesty or trustworthiness, engaging in dishonest
or fraudulent conduct, behaving in a way that is detrimental to the administration of justice, implying an
ability to improperly influence a government agency or official, assisting a judge in violating rules of
judicial conduct, or engaging in harassment or discrimination based on various factors. This paragraph does
not restrict a lawyer's ability to accept, decline, or withdraw from representation in accordance with Rule
1.16, nor does it prevent providing legitimate advice or advocacy. If injunctive relief is necessary to prevent
such conduct from recurring, the allegations and averments in the specified paragraphs are incorporated by
reference.

## Count II

## 14ᵀᴴ AMENDMENT 14
### Citizenship Clause SECTION 1-5

All individuals born or naturalized in the United States, and subject to its jurisdiction, are considered citizens of both the United States and the State in which they reside. States are prohibited from passing laws that limit the rights and privileges of U.S. citizens, or from depriving any person of life, liberty, or property without due process of law. Additionally, States must ensure that all individuals within their jurisdiction are equally protected under the law.

## COUNT III
### 42 U.S. Code § 1983 – Civil
### action for deprivation of rights

42 U.S. Code § 1983 states that any person who, under the guise of any law, regulation, or custom of any State or Territory, subjects a citizen to the deprivation of rights guaranteed by the Constitution and laws, can be held accountable in a court of law. It is crucial to understand that Equal Protection ensures that all individuals are treated fairly under the law, regardless of their circumstances. This principle is enshrined in the U.S. Constitution and must be upheld by all governmental bodies.

## COUNT IV
### 18 U.S. Code § 1028 Fraud and relate

The offense of fraud and related activity in connection with identification documents under 18 U.S. Code § 1028 includes producing or transferring identification documents unlawfully. This encompasses creating false identification documents, transferring stolen documents, or using another person's identification without authorization with the intent to commit unlawful activities.

## COUNT V
### 10 U.S. Code § 921 - Art.
### 121. Larceny wrongful appropriation

Any individual under the jurisdiction of this chapter who unlawfully takes, acquires, or retains, through any means, money, personal belongings, or any valuable item with the intention of permanently depriving or deceiving another individual of the ownership and benefits of the property, or appropriating it for their own use or the use of someone other than the owner, commits theft and is charged with larceny; or with the intention of temporarily depriving or deceiving another individual of the ownership and benefits of the property, or appropriating it for their own use or the use of someone other than the owner, commits wrongful appropriation. Any individual convicted of larceny or wrongful appropriation will be punished as determined by a court-martial. PC 532 theft by false pretenses prohibits deceiving someone of money or property through false promises. This law prohibits deceiving someone of their money or property through false promises, such as persuading someone to willingly give up something of value based on fraudulent representation.

## COUNT VI
### Title 18, U.S.C., Section
### 241 Conspiracy Against Rights

This legislation renders it illegal for two or more individuals to conspire in order to harm, oppress, intimidate, or threaten any person from any state, territory, or district in their exercise or enjoyment of any rights or privileges guaranteed to them by the Constitution or the laws of the United States, or due to their exercise of such rights. Additionally, it is deemed unlawful for two or more individuals to disguise themselves and intentionally obstruct or impede another person's free exercise or enjoyment of these secured rights, whether on the highway or on someone else's property. The penalties for such offenses range from fines to imprisonment for a maximum of ten years, or both. It should be noted that individuals residing in Broward County, Florida, and not in the County of Placer, may be subject to fines, imprisonment for any duration, life imprisonment, or even the death penalty under this statute. I hereby reiterate and reaffirm the aforementioned paragraphs as if they were fully stated in detail herein. Section 1983 of Title 42 of the United States Code prohibits any individual, acting under the guise of state law, custom, or practice, from depriving a citizen of rights protected by the Constitution.

## COUNT VII
### 10 U.S. Code § 921 - Art. 121.
### Larceny and wrongful appropriation

Any individual under the jurisdiction of this chapter who unlawfully takes, acquires, or retains, through any means, money, personal belongings, or any valuable item with the intention of permanently depriving or deceiving another individual of the ownership and benefits of the property, or to use it for themselves or others, commits theft and is charged with larceny; or with the intention of temporarily depriving or deceiving another individual of the ownership and benefits of the property, or to use it for themselves or others, commits wrongful appropriation. Any individual convicted of larceny or wrongful appropriation will be sentenced as determined by a court-martial.

## COUNT VIII
### 25 CFR § 11.411 Criminal trespass.

It is considered an offense when an individual knowingly enters or stays in a building or occupied structure without being licensed or privileged to do so. If this offense occurs in a dwelling at night, it is classified as a misdemeanor; otherwise, it is a petty misdemeanor. Additionally, an offense is committed if a person enters or remains in a place where notice against trespass is given through actual communication, posting, or fencing. If the offender disobeys an order to leave personally communicated by the owner or authorized person, it is a petty misdemeanor; otherwise, it is a violation.

## COUNT IX
### 18 U.S. Code § 1342
### Fictitious name or address

Any individual who, with the intention of conducting, promoting, or engaging in any illegal business through the Postal Service, utilizes or adopts a fictitious, false, or assumed title, name, or address other than their own, or requests to be addressed by such a name, or receives any mail matter addressed to such a fictitious, false, or assumed title, name, or address, shall be subject to penalties including fines and imprisonment for a maximum of five years, as stated in section 1341 of this title.

## COUNT X
### 18 U.S. Code § 1512 - Tampering
### with a witness, victim, or an informant

Any individual who knowingly employs intimidation, threatens, or engages in corrupt persuasion towards another person, or makes an attempt to do so, or partakes in deceptive behavior towards another person, with the intention of influencing, delaying, or obstructing the testimony of any individual in an official proceeding; causing or inducing any person to withhold testimony, or withhold a record, document, or any other object, from an official proceeding; Any individual who commits murder or attempts to murder another person, with the intention of preventing the presence or testimony of any person in an official proceeding; obstructing the production of a record, document, or any other object, in an official proceeding; or obstructing the communication by any person to a law enforcement officer or judge of the United States of information pertaining to the commission or potential commission of a federal offense or a violation of probation, parole, or release conditions pending judicial proceedings shall be subject to the prescribed punishment as stated in the paragraph.

## JUDGE DAVID HAIMES

On December 21st, 2022, Judge David Haimes, along with Eric Salpeter, ordered the Broward

Sheriff's Office to fraudulently attack and evict me from my purchased home located at 4140

NW 62nd Court, Coconut Creek, Florida 33073. This appears to be an abuse of power by the

judge for personal interests and financial gain, based on a seemingly fraudulent judgment. The

order cites Florida Statute 55.505, which pertains to the notice of a judgment from another state

related to a creditor and debtor. However, the judge and Salpeter did not provide any

documentation to substantiate their claim, as required by the statute. This violates my Fourth

Amendment property rights. The statute also stipulates that a judgment notice must include

specific details like the names, addresses, and amounts owed of the creditor and debtor. It

appears these requirements were not met in this case. Overall, the actions of Judge Haimes and

Salpeter seem to be a fraudulent abuse of the judicial process for their own personal benefit, at

the expense of my lawful property rights. The eviction ruling by Judge Haimes was officially

documented on December 22, 2022. As for the foreign judgment, it was recorded on August 11,

2022. To proceed with this judgment, the creditor is required to submit an affidavit to the clerk

of the circuit court, which should contain the names, social security numbers, and last known

postal addresses of both the debtor and the creditor related to case number S-DR-0058535 Here

is the initial complaint I filed against Edward Misleh for property fraud, also referred to

as deed fraud or "house-stealing," a rising white-collar crime in Broward County. I immediately

notified the authorities and took necessary measures to safeguard myself. The illegal activity

encompasses the unauthorized transfer of property ownership, identity forgery, and the recording

of documents in the Official Records under the perpetrator's name. The case was assigned to the

esteemed Honorable Jeffrey R. Levenson Case No. CACE22003936, and was subsequently

transferred to the United States District Court due to jurisdiction.

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE22003936  DIVISION: 09  JUDGE: Levenson, Jeffrey R. (09)

**Frantz Germain**

Plaintiff(s) / Petitioner(s)

v.

**Placer County, et al**

Defendant(s) / Respondent(s)

_____/

Order Granting Michael von Loewenfeldt's Verified Motion to Appear Pro Hac Vice as Counsel
for The State Bar of California

THIS CAUSE having come before the Court upon Michael von Loewenfeldt's Verified Motion
for Admission to Appear *Pro Hac Vice* as counsel for The State Bar of California Pursuant to Florida
Rule of General Practice and Judicial Administration 2.510 ("Verified Motion"), the Court having
been advised in the premises, hereby **ORDERS AND ADJUDGES:**

1. The Verified Motion is hereby **GRANTED.**

**DONE AND ORDERED** in Chambers at Broward County, Florida on 23rd day of May, 2022.

CACE22003936 05-23-2022 5:27 PM
Hon. Jeffrey Levenson
CIRCUIT JUDGE
Electronically Signed by Levenson, Jeffrey R. (09)

Copies Furnished To:
Alice Park , E-mail : park@wvbrlaw.com
Candace Phillips , E-mail : emailservice@kvilaw.com
Candace Phillips , E-mail : cphillips@kvilaw.com
Chad N Dunigan , E-mail : Darika.Miller@knchlaw.com
Chad N Dunigan , E-mail : Chad.Dunigan@knchlaw.com

Page 1 of 2



Judge David Haimes, despite the evidence presented, personally decided to infringe upon my

constitutional rights by ordering me to vacate my property without any legal basis, citing Florida

Statutes 55. 505.Judge Haimes' conduct towards me was malevolent, unconstitutional, and rooted

in institutional racism, also known as systemic racism, which refers to the presence of policies

and practices within a society or organization that perpetuates and uphold ongoing unfair

advantages for certain individuals and unfair or detrimental treatment of others based on their

race or ethnic group. Florida Statutes 55.505 is not related to private property in any way. On

December, 2022, Judge David Haimes achieved a historic milestone by becoming the first judge

in America to remove a homeowner from their purchased property without involving either

divorce or foreclosure. On December 5, 2022, I achieved a historic milestone by becoming

the first homeowner in America to be evicted from my purchased home without renting.



IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE22014722  DIVISION: 08  JUDGE: Haimes, David A. (08)

Rita Germain

Plaintiff(s) / Petitioner(s)

v.

Frantz Germain

Defendant(s) / Respondent(s)

_____/

ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF COMPLAINT
PURSUANT TO FL STATUTES SEC 55.505 (MOTION TO VACATE)

THIS CAUSE having come on to be heard December 21, 2023, on Defendant, FRANTZ
GERMAIN's, Motion to Dismiss Plaintiff Complaint Pursuant to FL Statutes Sec 55.505 (Motion to
Vacate)(the "Motion to Vacate"); to which Defendant, Plaintiff and Plaintiff's counsel appeared; the
Court having considered the record and being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that Defendant's Motion to Vacate is hereby DENIED.

DONE AND ORDERED in Chambers at Broward County, Florida on .

CIRCUIT COURT JUDGE

Page 1 of 1

## JUDGE SUSAN LEBOW

On January 31st, Judge Susan Lebow, along with Cheryl Bucker, a close associate of Eric
Salpeter, allegedly conspired to enter a fraudulent judgment against the writer. In Placer County,

California, Bucker reportedly teamed up with Judge Lebow to create and approve a fake judgment, seemingly to commit property fraud. Judge Lebow, admitted to the Florida bar in 1974, is described as the most senior jurist in Broward's Court, with over 40 years presiding over various court divisions. She is accused of being corrupted for years, using her longevity and seniority to engage in bribery, extortion, fraud, and other malfeasance. For example, in 2009 Judge Lebow reportedly ordered a first-degree murder trial to proceed despite the prosecutor's request for a delay to obtain evidence. When the prosecutor refused to begin without the evidence, Lebow allegedly dismissed the case. The state attorney is appealing this ruling. Despite these concerning allegations, some argue voters should not remove one of Broward's most experienced criminals' judges, especially when other veteran judges have faced misconduct issues. Lebow is described as independent and unsway by external pressures, though her rulings in high-profile cases are said to have often been predetermined. Ultimately, the passage raises serious questions about Judge Lebow's integrity and the need for the public to have confidence in the judiciary. Ensuring transparency, access, and the appearance of impartiality is critical for maintaining trust in the courts. Judges analyze legal principles to establish the course of a trial or hearing, guaranteeing impartiality to safeguard the legal rights of all parties involved. In cases where juries are empaneled to render a verdict, judges provide guidance on relevant laws and instruct jurors to base their decisions on the evidence presented, ensuring that no further harm is inflicted upon the victim.

## NO JUDGE IS ABOVE THE LAW

The principle of judicial immunity, rooted in common law, dates back to Floyd v Barker (1608)

2 Coke's Reports 23; 77 ER 1305. Lord Coke emphasized that judges who violate the law are not acting within the scope of their duties. They are expected to remain impartial and uphold the

law and justice. Failure to do so constitutes a breach of their oaths and guidelines, amounting to treason as they undermine the constitution and sovereignty of the country. Judges David Haimes and Susan Lebow, by abusing their immunity, engaged in criminal activities such as fraudulent bribery and eviction, compromising public trust. The issue lies in the fact that judicial immunity provides ample protection for Broward County judges to act unlawfully, obstructing justice for criminal judges. The phrase "Equal Justice Under Law" inscribed on the Supreme Court building signifies that no one is exempt from the law. It prompts me to ponder on the meaning of equal justice and being subject to the law. It is imperative that everyone, including judges, is treated fairly in court. This is why I am pursuing legal action against Judge David Haimes and Susan Lebow for violating my constitutional rights as a US citizen.

## FALSE IMPRISONMENT

After numerous unsuccessful attempts to force me out of my residence, Judge David Haimes, in a moment of desperation, advised Eric Salpeter to contact law enforcement in order to have me evicted from my home. Despite being the rightful owner of the property, the judge audaciously orchestrated a fraudulent eviction and had the Broward County Sheriff instruct the Coconut Creek Police Department to arrest me on charges of eviction and burglary. It is important to note that false imprisonment occurs when one person unlawfully restrains another individual, confining them to a limited area without their consent or legal authority. This action is considered both a criminal offense and an intentional tort under the law. To establish prima facie case of false imprisonment, it must be proven that the defendant intentionally confined the plaintiff without their consent and without any legal authority, resulting in the plaintiff's confinement. Furthermore, the plaintiff must be aware of their confinement. Restraint can

manifest in various forms, including physical barriers, physical force, failure to release, or the misuse of legal authority. An area is deemed bounded if the individual's movement in all directions is restricted. However, if there is a reasonable means of escape without endangering oneself, the area is not considered bounded. Nevertheless, if escaping poses a risk of physical harm or if threats are made against the detainee's family, the area is considered bounded. It is worth noting that threats of immediate physical force can also be considered acts of restraint. However, mere threats of imprisonment alone are insufficient to establish a case of false imprisonment. The court will evaluate whether the plaintiff had a justifiable fear of harm in such situations. The Broward County Sheriff's Office and the Coconut Creek Police Department have demonstrated a recurring failure to hold officers accountable for their use of excessive force, effectively establishing a custom within the department. Reports from various news outlets have shed light on the prevalence of this pattern, indicating that the police department has consistently overlooked instances of excessive force among its officers, even in cases more severe than the one currently being discussed. In the specific incident, Coconut Creek police officers repeatedly struck my head and subjected me to brutality, including placing a heavy leather tactical boot on my neck, resulting in multiple injuries.









1 of 1  0314306 E-Filed 12/19/2022 02:57:29 PM

Sheriff # 22045533
Rita Germain VS Frantz Germain, Et Al

...ard Blvd Fort Lauderdale, Florida 33312

**1 OF SERVICE**

Court Case # CACE22-14723
Hearing Date:
Received by CCH 15591
13/05/2022 11:38 AM

Type of Writ: Writ of Possession

Court: Circuit / Broward FL

Serve: Frantz Germain   4140 NW 92 Court  Coconut Creek FL 33073

| Served: | X | Eric T Salpeter, Esq |
| Not Served: | | 3884 Sheridan Street |
| | | Hollywood FL 23021 |

Date: 12/14/2022  Time: 9:25 AM

On Frantz Germain in Broward County, Florida, by serving the within named person a true copy of the writ with the date and time of service endorsed thereon by me, and copy of the complaint petition or initial pleading by the following method:

**INDIVIDUAL SERVICE**

| Service Attempts: | | | |
| Date | Time | Name | Address |
| 12/06/2022 | 9:25 AM | Tacbfehh'15891 | 4140 NW 92 Court  Coconut Creek FL 33073 |
| | | Notes: Posted on front door. Red Ford Raptor and a White Mercedes in driveway. |

**COMMENTS**: Eviction executed, property released to Johnathan Alexander.  Body worn camera on.

You can now check the status of your writ by
visiting the Broward Sheriff's Office Website at
www.sheriff.org and clicking on the Icon
"Service Inquiry"

Gregory Tony, Sheriff
Broward County, Florida

By: _____   D.S.
K. Brown, #14657

| RECEIPT INFORMATION | | | EXECUTION COSTS | DEMAND/LEVY INFORMATION | |
| Receipt # | 33863 | Levy | $50.00 | Judgment Date | n/a |
| Check # | 1368 | Service | $40.00 | Judgment Amount | $0.00 |
| Service Fee | $40.00 | | | Current Interest Rate | 0.00% |
| On Account | $0.00 | | | Interest Amount | $0.00 |
| Quantity | | | | Liquidation Fee | $0.00 |
| Original | 1 | | | Sheriff's Fees | $80.00 |
| Services | 1 | | | Sheriff's Cost | $0.00 |
| | | | | Total Amount | $80.00 |

fm16657   CIEVISION   de   kb14657 12/14/2022 09 36 41

**COMMENTS SECTION:** Eric Salpeter stated Eviction Executed, Property released to Jonathan Alexander. Body worn camera on.



## HAROLD PRYOR

Harold Pryor, the State Attorney for Broward County, has chosen not to file charges or present

the case to a grand jury. Instead, he has decided to concentrate on the matter of evidence

manipulation by seeking assistance from my principal attorney, Mary Rojas. I sought Mrs. Rojas

as my criminal defense lawyer because the Broward County Sheriff and Pryor's office had

previously arrested and charged me with burglary. It's important to note that first-degree burglary

is considered a felony, with possible jail sentences ranging from one to twenty years. Being

without a home for almost a year, I was prevented from entering my own home on October 18,

2023, when I went to the station to officially report the incident, ask for a detailed investigation,

and file charges against Eric Salpeter and Edward Misleh. The officers involved in this case was Officer KOHLHORST, J. Z. CID, UI89 PD17; Officer COLE R PATR, U332; and Supervisor MULLIN B. R PATR, U236 FL. The case was given report number FL0061100. Unfortunately, the report was recorded without any mention of the incident. It's alarming to think that the Coconut Police Department may have tampered with the evidence, and the state attorney's office will not pursue charges if the incident not being reported. I'm not surprised by the behavior of Pryor because Sheriff Gregory Tony executed the Judgement, who are widely regarded as the most corrupt Sheriff in the U.S. history. As I mentioned before, since Attorney Pryor took office, Broward County has become a dangerous place for minorities, especially black men. It seems that every member of that office is strictly following his orders, leading to the oppression of the black community, police brutality, illegal arrests, property theft, and excessive bail bond fees. I am just one of many who have suffered from this injustice and corruption. This turmoil is being led by Sheriff Gregory Tony extremely frightened. To be fair the State attorney he is a decent lawman, South Florida has a long history of fraudulent activities, including property fraud, tax refund scams, and insurance fraud schemes. Various people from local professions, such as Sheriff Tony, Judge David Haimes and Judge Susan Lebow, have been involved in these criminal activities, making it hard to identify the culprits, although I am a victim, I am a black man, and I will never receive justice in the state of Florida. Eric Salpeter, Cheryl Bucker, Penny Taylor-Miller and Edward Misleh continues with their criminal career without accountability after committed first Degree Theft. Grand theft, also referred to as Grand larceny isa criminal offense that involves the unlawful taking of property with the intention to permanently deprive the owner of its possession. It is considered a more severe form of theft than petit theft (or petty larceny), which typically involves smaller amounts of property. First

Degree Grand theft carrying penalties of up to 30 years in prison, my home was sold for

**$510,000.00** plus the list of items below cost **$700,000.00** total **$1,210,000.00.** The state

attorney's office declined to file charges against Eric Salpeter, Cheryl Bucker, Penny Taylor-

Miller, and Edward Misleh. This decision was made because Judges David Haimes and Susan

Lebow, who approved the false judgment despite evidence proving my ownership of the

property, should also be held accountable. It appears that the state attorney is not willing to risk

his career for the sake of justice for a single individual.



Attorney Mary Rojas

From: Monica Victoria [monica@criminaldefenseclinics.com]
To:    frantz201@yahoo.com
Cc:    alejandro@criminaldefenseclinics.com
Date: Friday, September ... 2023 at 02:32 PM CDT

Good Afternoon, As the founder of Criminal Defense Clinics (CDC), I'm writing to let you know that attorney Mary Rojas has accepted a position with the public defender's office. Therefore, Mary can no longer work on your case, or any private case.

CDC is structured so that a team of attorneys work on each case, including yours. Therefore, although Mary was your Lead attorney, our other attorneys are very familiar with your case. I've decided to assign attorney Alejandro Ley to take over as Lead attorney on your case (Alejandro is CC'ed on this email). Alejandro is extremely competent and experienced so you can rest assured that you are in excellent hands plus I will remain involved in your case.

Please let me know if you have any questions. Thank you.

Guy Fronstin

Respectfully,

Monica Victoria
CDO

Main Office: 561-621-0020 | Direct: 561-621-0023 | Fax: 561-375-2214
Monica@CriminalDefenseClinics.com

Criminal Defense Clinics
4800 N. Federal Highway, Ste. 206B
Boca Raton, FL 33431

## ERIC SALPETER ROBBERY

Eric Salpeter was granted access to my home due to the negligence of the defendants, resulting in unlawful seizure of all my hard-earned possessions, including every single item I had accumulated Throughout my life. Not even my toothbrush was spared, as I was not given the opportunity to retrieve it. Below is a detailed list of the stolen items.

## CASH STOLEN

$200,000.00 was inside the console table white High Gloss Lacquer Finish on Panels
Black Oak Body with Polished Stainless-Steel Leg

## SECTION I ELECTRONIC

Apple IPad2 Model A1396 3G 64, Serial #DKVG40PADFJ2, Apple IPad2 Model A1397 3G 64, Serial #DLXG32JNDJHG, Apple IPad2 Model A1396 3G 64, Serial #DTG5255DFJ2, Apple MacBook Pro Apple MacBook Pro Computer, Serial #C02G7098DRJH, Apple Headphones Apple Headphones, Model # MA850G/B, Serial #4547597722882, HP Computer HP Computer Model Pavilion DV6-6135dx, Serial #SCH1273JJB Sonos Ultimate Home Theater Set with Arc Wireless Soundbar, Pair of Sub Wireless Subwoofer (Gen 3), and Pair of Era 300 Wireless Smart Speakers (White) Model: WWSARSE3PW | UPC: 720158605826, Apple 27-inch iMac Pro with Retina 5K display - 3.0GHz 10-core Intel Xeon W processor Sony MASTER Series BRAVIA XR77A95LA95L Smart QD-OLED 4K UHD TV with HDR (77")Sony BRAVIA XR77A80LA80L Smart OLED 4K TV with HDR (77") Monster Headphones Black Monster Beats Headphones "Beats by DRE," with black case and box.

## LOUIS VUITTON

|1A8WCE Kensington Derby, 1ABLY3 LV Trainer Sneaker, 1AC07D Sorbonne Loafer 1ABFPS LV Oasis Mule, 1AASPG Louis Loafer, 1AAND9 LV Oasis MuleM8545V LV Initials 40mm Reversible Belt M8474V LV Initials 40mm Reversible Belt M8461U LV Initials 40mm Reversible Belt, Louis Vuitton Keep All, Serial # S02181

## SALVATOR FERRAGAMO |

Oxford with toe cap Product code: 021457 762364, Double monk strap Product code: 020617 750065Moccasin with braided strap Product code: 021609 762598, Derby with broguing Product code: 021644 762389 Oxford with toe cap Product code: 021368 762367, Plain toe Oxford Product code:

Commented [hg1]:

02B482 707825 Oxford with covered laces Product code: 022467 768085 Sella/testa di moro Product code: 02B482 757705 Midnight blue/black Product code: 02B482 768672

## TOM FORD

BURNISHED LEATHER ELKAN LACE UP J1248-LCL024N, EDGAR OXFORD BROGUE J1096T-ANUGIANNI EVENING LACE UP J0111T-VRN GRAND CHECK SHELTON SUIT 2LSP01-WOP11, MOHAIR SILK ATTICUS SUIT 2LAP01-WMP05 PINSTRIPE STRETCH PANAMA ATTICUS SUIT 2HAP01-WEP07

## GUCCI

758068 AACRW 1000 Style 406994 BLM00 2024, 307929 1M0C0 2361 760775 FACRF 1163 763525 FACMI 8444 406831 0YA0G 1000

## ZEGNA

PRODUCT CODE LHNVB-S5809Z-VIZ, PRODUCT CODE, UCK58A6-110-220, PRODUCT CODE LHCVO-S4667Z-VSS PRODUCT CODE, LHSPT-S4665Z-NER PRODUCT CODE, LHCLG-A5683Z-TDM PRODUCT CODE 629N06A6-21L2N5, LHSPT-S4665Z-NER PRODUCT CODE, LHCLG-A5683Z-TDM PRODUCT CODE 629N06A6-21L2N5

## ROLEX

COSMOGRAPH DAYTONA MODEL 126506 Oyster, 40 mm, platinum BEZEL Chestnut brown monobloc Cibachrome bezel in ceramic with moulded numerals and   graduations WATER-RESISTANCE Waterproof to 100 meters / 330 feet DATEJUST MODEL 126234 Oyster, 36 mm (about 1.42 in), Oyster steel and white gold BEZEL Fluted WATER-RESISTANCE Waterproof to 100 meters / 330 feet Nestor Toro, In a fearless reality, Painting, Acrylic on Canvas, Danielle Maillet-Vila, French Contemporary Art by Danielle Maillet-Vila – Corsica, Connor Hughes Maîtri - Buddhist Graffiti Style Abstract Painting in Bright Blues & Greens

## NOTEABLE SUIT

CLASSIC SUIT Black Wool Canvas, Reference: 633C720A1800_C901, JACKET WITH BUTTON PLACKET Black Wool Twill Reference: 013C214A3226_C900 NAVY BLUE 12MILMIL12 WOOL SHIRT JACKET DOUBLE-BREASTED BOUCLÉ WOOL JACKET WITH VLOGO SIGNATURE EMBROIDERY Product code: 2V3CEE60911_0NO Siena Classic-Fit Wool Suit, Style Code:0400019259720, Ralph Lauren Purple Label Pinstriped Wool Double-Breasted suit, style Code:04000, Suit, Style Code:0400019589586 Solid Virgin Wool Suit, Style Code:0400018019052.

## GYM EQUIPEMENT
## PRADA and MISCELLENEOUS ITEMS

Prada Sunglasses Model SPR564, Serial #1BC-5Z1, with case Prada Sunglasses Model SPR541, Serial #1BC-5Z1, with case. Oliver People's Farrel Sunglasses, Serial #OV1003-0717, w/ case. Persol Sunglasses, Serial #2747-S, with case. Watch Swarovski Citra Sphere Black Watch, Serial #1094364.Shirts Three boxes of shirts, including Armani HP Computer HP Computer Model Pavilion DV6-6135dx, Serial #SCH1273JJB, with black soft case, power cord and wireless mouse. Computer Bag Diesel Computer Bag, Serial #OOX834P8136T8013; Luggage and 1. Louis Vuitton Cloth Bag; Cases 2. Louis Vuitton Travel

Suitcase, Serial #HPU259D38-B; Swiss Army Lugano Travel Suitcase, Serial #069040011; Swiss Army Travel Geneva Suitcase, Serial #069040063;

## THREE LEVELS TO ORGANIZD SCHEME TO DEFRAUD

Fraud involving a total value of property allegedly stolen less than $20,000.00: 1st Degree Felony Punishable up to:

    i. **Maximum 30 years in prison**
    ii. **Maximum 30 years of probation**
    iii. **Maximum $1,000.00 fine**
    iv. **Restitution to the alleged victims**

Fraud involving a total value of property allegedly stolen more than $20,000.00 but less than $50,000.00:2nd Degree Felony Punishable up to:

- **Maximum 15 years in prison**
- **Maximum 15 years of probation**
- **Maximum $10,000.00 fine**
- **Restitution to the alleged victims**

Fraud involving a total value of property allegedly stolen less than $20,000.003rd Degree Felony Punishable up to:

- **Maximum 5 years in prison**
- **Maximum 5 years of probation**
- **Maximum $5,000.00 fine**
- **Restitution to the alleged victims**

## TABLE OF CONTENTS TITLE 18 CRIMES AND OFFENSES COMMITTED BY ERIC SALPETER, CHERYL BUCKER AND PENNY-TAYLOR-MILLER

| | |
|---|---|
| 1. | False statements or entries generally |
| 2. | Fake Foreign Judgement intended to defraud |
| 3. | Mortgage Fraud |
| 4. | Fake dissolution of marriage related to property fraud |
| 5. | Fake representative related to property fraud |
| 6 | Trespassing of Private properties |
| 6. | Fraudulent mortgage transactions |
| 7. | Forgery related to property fraud |
| 8. | Fraudulent sale of private property |

9.          Fake Deeds related to Private property frauds
10.         Fraudulently entry of private property
11.         Acknowledgment of appearance or oath
12.         Unauthorized sale of Private Property
13.         Burglary and robbery
14.         Interference the Civil Rights Act of 1964 Tooltip Public Law  is a landmark civil
            rights and labor law in the United States that outlaws discrimination based
            on race, color, religion, sex, and national origin.  It prohibits unequal application
            of voter registration requirements, schools and public accommodations, and
            employment discrimination.
15.         Interference with the United States Bill of Rights comprises the first
            ten amendments to the United States Constitution. Proposed following the often
            bitter 1787–88 debate over the ratification of the Constitution and written to
            address the objections raised by Anti-Federalists, the Bill of Rights amendments
            add to the Constitution specific guarantees of personal freedoms and rights, clear
            limitations on the government's power in judicial and other proceedings, and
            explicit declarations that all powers not specifically granted to the federal
            government by the Constitution are reserved to the states or the people.
16.         Fraud and related activity in connection with Racketeering is a type of organized
            crime in which the persons set up a coercive, fraudulent, extortionary, or
            otherwise illegal coordinated scheme or operation (a "racket") to repeatedly or
            consistently collect a profit.



**COCONUT CREEK POLICE**

Officer O'Meil Molyneaux
Patrol

4800 West Copans Road
Coconut Creek, FL 33063
www.coconutcreek.net

Main 954-973-6700
Fax 954-973-6738
omolyneaux@coconutcreek.net

State Attorney
Seventeenth Judicial Circuit of Florida

Broward County Courthouse
Fort Lauderdale, FL 33301

**REQUEST/AFFIDAVIT TO INITIATE**
**CRIMINAL CHARGES**

SUSPECT'S NAME ___EDWARD MISLE___ POLICE AGENCY OFFENSE REPORT # _2023-0043603_

SAO: ☐ Central ☐ North ☐ South ☐ West

I, ___FRANTZ GERMAIN___, (whose signature appears below as *Complainant*) do hereby request the State Attorney's Office to consider the attached reports and Affidavits for the filing of criminal charges. By my signature below, I certify:

1. I understand the decision to initiate prosecution is within the sole discretion of the State Attorney's Office.
2. I understand that any decision to abandon prosecution (drop the charges) is also within the sole discretion of the State Attorney's Office.
3. I understand that RESTITUTION or RECONCILIATION between the accused and myself will not automatically result in the charges being dropped.
4. I understand the State Attorney will attempt to seek restitution on my behalf if there is a conviction in the case; however, any sentence imposed upon conviction, and any restitution to be made a part of that sentence, is determined solely by the Judge presiding at the trial.
5. I will make myself available to testify at depositions, hearings, and trial and will notify the State Attorney's Office of any change in my address or telephone number.
6. I understand that should I refuse to appear in Court after being duly subpoenaed, and/or if I refuse to testify on behalf of the State of Florida in this case, I may be held in Contempt of Court and I may be subjected to a fine and/or imprisonment because of my refusal to cooperate.
7. I understand that when prosecutions are initiated for the charge of ISSUING A WORTHLESS CHECK, the party applying for the warrant shall be held liable for costs accruing in the event the case is dismissed for lack of victim participation/cooperation with the prosecution. No costs shall be charged to the County in such dismissed cases.
8. Finally, I understand it may become necessary to release my name to the suspect as part of the investigation. Further, I understand that whether the case is filed or declined, all documents provided by me become a public record unless exempted by the Florida Statutes.

___03/13/2023___
Date Signed

Signature of Complainant

PRINT name: ___FRANTZ GERMAIN___

_____
Witness, Deputy Clerk of Court

17.

18.

HAROLD F. PRYOR
State Attorney
Seventeenth Judicial Circuit of Florida

Broward County Courthouse
Fort Lauderdale, FL 33301

**AFFIDAVIT**

[Please print all information except Signature]

SUSPECT'S NAME Edward Misleh

POLICE AGENCY OFFENSE REPORT # 2023-0047608

SAO: ☐ Central ☐ North ☐ South ☐ West

Coconut Creek Police Dept

STATE OF FLORIDA
COUNTY OF BROWARD

PERSONALLY APPEARED BEFORE ME, the undersigned authority duly authorized to administer oaths and take acknowledgments, the Affiant herein, who, after having been duly sworn, deposes and says:

1. AFFIANT NAME _____

2. AFFIANT ADDRESS _____

3. On _____, the ____ day of _____, A.D. 202__, in Broward County, Florida:

_I am charging on suspect Edward_
_Misleh 6895 US Highway_
_Rockledge Fl 32955 Tel. 371-951-9184_
_Misleh has been harassing me to_
_vacant my house threatening me the_
_fraudulently registered a false judgment_
_against me to get me evicted_
_to get my house. Of which is of_
_Applicable to Florida Statute offense_
_section 817.49_

[If continued on second page, check here ☐
and sign below and on second page]

_____
AFFIANT SIGNATURE

SWORN TO AND SUBSCRIBED before me, this 13th day of _____, A.D. 202__, by the Affiant herein, ☐ who is personally known to me or ☐ who produced the following identification: _____

_____
Notary Public, State of Florida

JON P. DESERT
MY COMMISSION # GG 364028
EXPIRES: November 11, 2023
Bonded Thru Notary Public Underwriters

JOH P. BIEBERT
MY COMMISSION # DD 364506
EXPIRES: November 11, 2009
Bonded Thru Notary Public Underwriters

**DEFENDANT INFORMATION SHEET**
[Attach to WARRANT/CAPIAS/SUMMONS]

Goconut Creek    2023-0043603
(Police Dept.)                (Police Dept. Case number)

Applicable To florida statute 817.49
(Charges)

STATE OF FLORIDA } ss:
COUNTY OF BROWARD }

NO WANTED ENTRY may be made into the Florida Crime Information Center (FCIC) or the National Crime Information Center (NCIC) without ALL of the following *primary* identifiers of the defendant:

R
E    NAME    Edward Misleh
Q
U    DATE OF BIRTH _____   RACE White   SEX M
I
R    HEIGHT _____  WEIGHT _____  COLOR HAIR _____  COLOR EYES _____
E
D

R
E
Q
U
I
R
E
D

The law enforcement officer who will make the arrest on this Warrant must be certain that the person arrested is the person named. Please provide as many of the following *secondary* defendant identifiers as you can possibly determine:

a.   Photograph ID [Attach photo]:  BSO Jacket or Arrest# _____   Police Dept. Arrest# _____
b.   Alias(es) _____
c.   FBI# _____
d.   Driver License# _____   State _____   d.   Social Security# _____
e.                                                 f.   Misc.# (Type) _____
g.   Fingerprint Classification _____
h.   1) Current address & phone _____
     2) Last reported address & phone _____
i.   1) Occupation(s) _____
     2) Current employer, address & phone _____

     3) Previous employer, address & phone _____

j.   Vehicle Identification    Make _____   Model _____   Year _____
     Color _____   Tag# _____   VIN# _____
k.   Other defendant identifiers: _____

Date _____                    Signature _____
                                    [ ] ASA   [ ] Filing Officer   [ ] Complainant

[Victim Information on Reverse]

INCIDENT/INVESTIGATION REPORT

Coconut Creek Police Department

Case# 2023-15436

INCIDENT/INVESTIGATION REPORT

Coconut Creek Police Department

Case # 2023-15436

| | UCR | Status | Quantity | Type Measure | Equipment Type | Up to 3 types of identity |
|---|---|---|---|---|---|---|
| S | | | | | | |
| T | | | | | | |
| O | | | | | | |
| L | | | | | | |
| E | | | | | | |

Assisting Officers
JAHNSDOERFER, J.J. (PD17104)

Record Date / Time Informated

NARRATIVE
PD Lobby- Police Information

L_INFO1a                      By: RVALENCIA@CCMJEILODV.LOCAL, 10/18/2023 17:12                      Page 2

## BROWARD COUNTY SHERIFF

Broward County Sheriff Gregory Tony, appointed by Gov. Ron DeSantis, has been involved in
several instances of corruption since assuming office. It has come to light that he failed to
disclose important information on his job application, including the fact that he fatally shot
another teenager when he was 14 and that he had used LSD. The state ethics commission
confirmed these findings. A report from the Florida Department of Law Enforcement earlier this
year revealed that Tony had repeatedly lied on his police applications, even omitting the fact that
he had fatally shot an 18-year-old neighbor during a fight in 1993. Although Tony was acquitted
and found to have acted in self-defense, the applications required the disclosure of all criminal

arrests, regardless of the court's decision. Tony's lawyers argued that, according to Pennsylvania law, juveniles are not charged with crimes but rather "acts of delinquency," so he claimed to have no criminal arrests. The shooting incident was brought to light in 2020 by the Florida Bulldog news website. Tony had worked his way up to the rank of sergeant before resigning in 2016 to establish police consulting firm specializing in active shooter training. His appointment by DeSantis was based on the recommendation of a father who had lost a child in the Stoneman Douglas shooting and knew Tony from their shared gym. Surprisingly, the vetting process was completed in just one day. The investigation also revealed that in 2003, Tony had truthfully admitted to using LSD as a teenager when he applied for a job with the Tallahassee Police Department, his first law enforcement application. However, after this admission led to his rejection, subsequent police applications showed that Tony answered "no" when asked about his use or handling of hallucinogenic drugs. Furthermore, investigators discovered that Tony had repeatedly lied on police and Florida driver's license applications by denying any license suspensions. In 1996, his Pennsylvania license was suspended for failing to pay traffic tickets. Yet, as recently as 2019, Tony answered "no" to that question when applying for a new license. Florida Governor Ron DeSantis announced on Tuesday that he will soon make a decision regarding the potential suspension of Broward County's sheriff. This comes after state investigators discovered that the sheriff had provided false information on his police applications, including details about a past shooting incident, drug use, and driving record. DeSantis stated that he will be consulting with his team before determining the next steps in relation to Broward County Sheriff Gregory Tony. Tony was appointed as sheriff by DeSantis in January 2019, following the dismissal of his predecessor, Scott Israel, due to his handling of the Marjory Stoneman Douglas High School tragedy. We will be conducting a thorough review of

the situation. We have seen the initial report and will be examining it closely in the days ahead," DeSantis mentioned during a press conference in Miami. According to Florida law, the governor has the authority to suspend and fired any local elected official for misconduct, with the official having the right to appeal the decision to the Senate. The Florida Department of Law Enforcement report, released, revealed that Tony had provided false information on his police applications, failing to disclose a fatal shooting incident from his teenage years. Despite being acquitted on grounds of self-defense, the applications required full disclosure of all arrests, regardless of the outcome. As the statute of limitations had expired on the false statements, Tony cannot face criminal charges. The report has been forwarded to the state ethics commission for further review, which could result in a recommendation for DeSantis to suspend Tony. When questioned about the matter, a spokesperson for the Broward Sheriff's Office referred inquiries to a Miami law firm, which did not respond immediately to a request for comment via email. The FDLE report noted that Tony declined to be interviewed by investigators. Under Tony the Broward Sheriff became a laughing stock and a sanctuary for fraud, 17 BSO employees are accused of fraudulently obtaining Paycheck Protection Program loans and Economic Injury Disaster Loans, including 16 who are facing wire fraud charges and one who's facing conspiracy to commit wire fraud, U.S. Attorney for the Southern District of Florida Markenzy Lapointe said. Stephanie Diane Smith, 53, as part of the fraud scheme, Katrina Brown, 46. Brown has been with BSO since 2016. Alexandra Acosta, 37 Acosta has been with BSO since 2013. La'Keitha Victoria Lawhorn, 41 Lawhorn has been with BSO since 2007. Jewell Farrell Johnson, 46 Johnson has been with BSO since 2017. Carolyn Denise Wade, 48. Wade has been with BSO since 2002. Rorie Brown, 42, has been with BSO since 2005. Alexis Monique Greene, 47. Greene has been with BSO since 2007. Ritchie Noah Dubuisson, 25. Dubuisson has

been with BSO since 2019. Keshondra Tameisha Davis, 37. Davis has been with BSO since 2016. Allen Dorvil, 33 Dorvil has been with BSO since 2017. Jean Pierre-Toussant, 35. Pierre-Toussant has been with BSO since 2017. Ancy Morancy, 33, has been with BSO since 2016. Marcus Errol Powell, 37. Powell has been with BSO since 2016. Derrick J. Nesbitt, 46. Nesbitt has been with BSO since 2002, says Keith Dunkley, 46. Dunkley was hired by BSO in 2007. George Anthony III, 50. Anthony, a sergeant, was hired by the BSO in 2001. Regrettably, their duty was to safeguard the public, yet they are the ones causing harm to the public.

### STATE OF FLORIDA RACIALLY PROFILING
### FOR EQUAL PROTECTION

Due to the disappointment caused by local officials, I had no choice but to report their crimes to state authorities. I submitted numerous complaints to the Office of the Attorney General, Ashley Moody, Florida Department of Law Enforcement (FDLE), Division of Criminal Justice Commissioner Mark Glass, and the State Bar of Florida President Scott Westheimer, detailing the criminal behavior of Eric Salpeter, Cheryl Bucker, and Penny Taylor-Miller. Unfortunately, my complaints were once again dismissed without any resolution, leaving me feeling hopeless. Eric Salpeter, Cheryl Bucker, and Penny Taylor-Miller, Florida bar attorneys, have been implicated in a series of criminal activities, such as robbery, fraudulent judgments concerning private property, fabrication of case numbers related to property fraud, dissemination of false and deceptive information, wire fraud, deception through theft, forgery, fraudulent transfer of titles, misrepresentation, and other offenses. The FDLE has determined that, upon reviewing the complaint, it does not meet the criteria for an investigation. The Florida Bar, comprised of all attorneys authorized by the Supreme Court of Florida to practice law in the state, has primary responsibilities. These include overseeing legal practice in Florida, upholding the highest

standards of legal ethics, and safeguarding the public by prosecuting unethical lawyers and preventing unauthorized legal practice. The Florida Bar's key functions are to regulate legal practice, maintain professionalism, and protect the public from misconduct. It is imperative for the Bar leadership to thoroughly investigate all complaints, regardless of the source, and respond promptly to maintain the integrity of the legal profession. Failure to address complaints can lead to further issues and potential disciplinary action. It is crucial for lawyers to act responsibly and ethically to avoid negative impacts on individuals and families in the community.

# From the Florida Attorney General's Office

From: attorney.general@myfloridalegal.com

To:     FRANTZ701@YAHOO.COM

Date:   Monday, December 19, 2022 at 10:01 AM EST

This is to acknowledge receipt of your correspondence to the Florida Attorney General's Office.

We appreciate hearing from you, and I am sorry for your difficulties. The Florida Supreme Court has designated The Florida Bar as the authority responsible for reviewing grievances against attorneys licensed to practice in this state. The Bar has a dedicated Hotline to assist individual consumers. Contact information for The Florida Bar is:

The Florida Bar
651 East Jefferson Street
Tallahassee, Florida 32399-2300
Telephone: (850) 561-5600
ACAP Hotline: 1-866-352-0707
Website: www.floridabar.org
Complaint: https://webprod.floridabar.org/wp-content/uploads/2017/04/inquiry-complaint-form.pdf

For more information on attorney regulation and the grievance process, please visit the following Florida Bar web pages:

https://www.floridabar.org/public/acap/
https://www.floridabar.org/public/acap/assistance/

Because our office is not at liberty to give legal opinions or advice to private individuals, if you need legal guidance, please consult private legal counsel. If you need help finding an attorney, The Florida Bar offers a Lawyer Referral Service toll-free at (800) 342-8011 or online at https://www.floridabar.org/public/lrs/.

Thank you for contacting Attorney General Moody's office. We hope this proves helpful.

Sincerely,

Alexis Keller
Office of Citizen Services
Florida Attorney General's Office
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3990
Toll-free within Florida: (866) 966-7226
Website: www.myfloridalegal.com

PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.

To contact this office please visit the Attorney General's website at www.myfloridalegal.com and complete the on-line contact form. For news on Attorney General Moody's efforts to fight fraud, please click the following link and subscribe to the Attorney General's electronic newsletters:
http://myfloridalegal.com/Newsline.nsf/Subscriber

INTERNET MESSAGE RECEIVED BY THE ATTORNEY GENERAL'S OFFICE ON 12/01/2022

FRANTZ GERMAIN
4140 NW 62nd Ct

Coconut Creek, FL 33073
Phone: (954) 803-6816
Email: frantz701@yahoo.com

RE: SALPETER GITKIN LLP
4140 NW 62nd Ct
Coconut Creek
Phone: (954) 467-8622

Subject: EDWARD MISLEH, RITA GERMAIN, ERIC T SALPETER

Attorney ERIC T SALPETER involves in real estate fraud filing fake documents
to get position of my property, ERIC T SALPETER has been engaged in
solicitation, false advertisement, bribery deal and cut back. A serial criminal
activist using the state bar attorney with an apatite to mislead the court
system. I have the evidences I need help to sign this case to a local FBI agent
to assist me in this situation.

The Attorney General, as required by the Florida Constitution, serves as the primary legal

representative for The State of Florida and is responsible for protecting the state's interests. The

Attorney General's duties encompass the Enforcement of state consumer protection and antitrust

laws, as well as the civil prosecution of criminal racketeering. In the realm of criminal law, the Attorney General acts as the state's representative in appeals filed by convicted Individuals, including cases involving capital murder. Despite reporting instances of misconduct to citizen services Since 2022, including the fake judgment by Edward Misleh from California, the lack of action has left me vulnerable and homeless today. The defendant refused to provide me with the equal protection that I have been pursuing since 2022, resulting in a false arrest. I was assaulted by Broward Sheriff Deputies and Coconut Creek Police Officers who forcibly entered my private property, subjected me to multiple attacks with deadly weapons, and falsely imprisoned me with burglary charges related to my own property



## NAGATIVE IMPACT AND DAMAGES

The Florida Bar, comprised of all attorneys authorized by the Supreme Court of Florida to

practice law in the state, has primary responsibilities. These include overseeing legal practice in

Florida, upholding the highest standards of legal ethics, and safeguarding the public by

prosecuting unethical lawyers and preventing unauthorized legal practice. The Florida Bar's key functions are to regulate legal practice, maintain professionalism, and protect the public from misconduct. It is imperative for the Bar leadership to thoroughly investigate all complaints, regardless of the source, and respond promptly to maintain the integrity of the legal profession. Failure to address complaints can lead to further issues and potential disciplinary action. It is crucial for lawyers to act responsibly and ethically to avoid negative impacts on individuals and families in the community. The defendants are responsible for damages amounting to $12,000,000.00 in business assets, which includes outstanding debts owed to the United States Government through SBA loans. The SBA Loan Number 8113795008 totals $275,359.42, SBA Loan Number 5311737807 amounts to $500,000.00, and SBA Loan Number 6811407901 is $500,000.00 for contract losses and equipment damages. The eviction resulted in the obstruction of access to my home-based business, leading to its downfall, repossession of equipment (Trucks, Trailer, Flat-bed, Dry-van, and ELD), and the departure of drivers seeking employment elsewhere. I lost all significant contracts that I had diligently secured with various companies such as Landstar, JB Hunt, XPO, Ryan Transport, Redwood Logistics, AP Freight Inc, Cowan Logistics, Fairmont Logistics, Echo Global Logistics, Nav Logistics Inc, Liberty Commercial LLC, Arrive Logistics, AMX Logistics, USA Truck Inc, Molo Solution LLC, Trinity Logistics, Sage Freight LLC, Prime Logistics Solution, Allover Freight Inc, Moon Trucking LLC, Allen Lund, R2 Logistics Inc, Shine Logistics LLC, SunTeck Transport Co, Eps Logistics Services Inc, Expedite Logistics, GLT Logistics, Venture Connect LLC, Bluegrace Logistics, KCH Logistics, Gravity Logistics.



SBA Loan Number 8113795008 $275,359.42



**U.S. Small Business Administration**

**8113795008**
D&G Capital LLC

## Loan Summary

SBA Loan Number

8113795008

**Preferred Lenders Program**
For D&G Capital LLC

**$275,359.42**
Outstanding Balance

Current Status
**In Liquidation Disbursed**

Loan Number
**8113795008**

Next Payment
**$3,765.00 due on Jun 01, 2017**

Actions  ⌄

### Loan Details

SBA Loan Number
**8113795008**

Loan Type
**Preferred Lenders Program**

Loan Status
**In Liquidation Disbursed**

Need Help?

Loan Maturity Date

**SBA Loan Number 5311737807 $500,000.00**



**U.S. Small Business Administration**

Statement Date: 01/01/2023
SBA Loan #: 5311737807
Loan Type: Disaster COVID-19 Economic Injury

JAX FINANCIAL SERVICES INC
2640 CESERY BLVD
JACKSONVILLE, FL 32211

| Statement Amount | Payment Due | Due Date | | |
|---|---|---|---|---|
| $2,464.00 | $7,392.00 | 11/01/2022 | | |
| Last Payment Amount | Last Payment Date | Applied to Principal | Applied to Interest | Outstanding Balance |
| $0.00 | - - - - | $0.00 | $0.00 | $500,000.00 |

To remit payments, please visit MySBA Loan Portal and select
"Make Payment" or mail payment to:

SBA
PO Box 3918
Portland, OR 97208-3918

Please direct your questions and correspondence to the address below:
Note that payments made to this address may be returned

Disaster Loan Servicing Center
2 NORTH 20TH STREET, SUITE 320
BIRMINGHAM, AL 35203
(800) 736-6048

SBA Loan Number 6811407901 $500,000.00



**SBA**
U.S. Small Business Administration

U.S. Small Business Administration

**Statement Date:** 05/17/2023
**SBA Loan #:** 6811407901
**Loan Type:** Disaster COVID-19 Economic Injury

ADELLES TRUCKING LLC
4140 NW 62ND CT
COCONUT CREEK, FL 33073

| Statement Amount | Payment Due | Due Date | | |
|---|---|---|---|---|
| $2,487.00 | $14,932.00 | 12/17/2022 | | |
| Last Payment Amount | Last Payment Date | Applied to Principal | Applied to Interest | Outstanding Balance |
| $0.00 | - - - - | $0.00 | $0.00 | $500,000.00 |

To remit payments, please visit MySBA Loan Portal and select
"Make Payment" or mail payment to:

SBA
PO Box 3918
Portland, OR 97208-3918

Please direct your questions and correspondence to the address below:
Note that payments made to this address may be returned

CESC - COVID EIDL SERVICE CENTER
14925 Kingsport Rd
Fort Worth, TX 76155
(833) 853-5638

Despite facing numerous traumatic experiences and struggling to cope, I have found that with time and proper self-care, things tend to improve. However, encountering a police officer exacerbates my symptoms, leading to prolonged impact on my daily functioning. I have been dealing with mental health challenges, which unfortunately caused me to feel disconnected from the world due to fear. Despite never being arrested, imprisoned, or jailed, I have been subjected to abuse and fraud, leaving me overwhelmed with pain and homelessness. The treatment involved various medications, including federally controlled substances due to their potential for abuse and dependence. Additionally, I experienced emotional distress after witnessing my daughter's funeral service on YouTube and being a victim of continuous property fraud activities, which has plunged me into deep depression. Adjusting to daily life has been incredibly challenging, and I am currently struggling to cope.

### FOURTH AMENDMENT RIGHTS

The 4th Amendment is among the most sacred safeguards of individual liberty embedded in our Constitution. The amendment read the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized in just 54 words, the 4th Amendment packs a lot of significance, and interpreting their meaning has kept judges and lawyers busy for centuries. The basic premise of this amendment is to protect Americans from unreasonable searches and seizures of their property by the government.

Florida v. J.L., 529 U.S. 266 (2000),
Albo v. State, 477 So. 2d 1071 (Fla. 3d DCA 1985),
C.G. v. State, 941 So. 2d 503 (Fla. 3d DCA 2006).
Phillips v. State, 781 So. 2d 477 (Fla. 3d DCA 2001)
Mullins v. State, 366 So. 2d 1162 (Fla. 1978).
Levin v. State, 449 So. 2d 288, 289 (Fla. 3d DCA 1983),

State v. Levin, 452 So. 2d 562 (Fla. 1984).
Adams v. State, 830 So. 2d 911 (Fla. 3d DCA 2002)

## FIFTH AMENDMENT RIGHTS

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or

indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual

service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in

jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be

deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public

use, without just compensation.

Miranda v. Arizona, 384 U.S. 436 (1966).
Miranda, 384 U.S. at 458–60.
Counselman v. Hitchcock, 142 U.S. 547, 562 (1892)
Griffin v. California, 380 U.S. 609, 615 (1965).
Baxter v. Palmigiano, 425 U.S. 308, 318 (1976).
Malloy v. Hogan, 378 U.S. 1, 7 (1964).
Michigan v. Mosley, 423 U.S. 96, 104–06 (1975);
State v. Blevins,108 Idaho 239, 242, 697 P.2d 1253, 1256 (Ct. App. 1985).
State v. Law, 136 Idaho 721, 725, 39 P.3d 661, 665 (Ct. App. 2002);
State v. Whipple, 134 Idaho 498, 502, 5 P.3d 478, 482-64 (Ct. App. 2000).
State v. Person, 140 Idaho 934, 938, 104 P.3d 976, 980(Ct. App. 2004)
Miller v. Fenton, 474 U.S. 104, 109 (1985)
State v. Samuel, 165 Idaho 746, 766, 452 P.3d 768, 770 (2019).
Olmstead v. United States, 277 U.S. 438, 485 (1928)

## FOURTEENTH AMENDMENT EQUAL PROTECTION RIGHTS

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the

United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge

the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life,

liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal

protection of the laws.

Scott v. Sanford, 60 U.S. 393 (1857),
Elk v. Wilkins, 112 U.S. 94 (1884),
United States v. Wong Kim Ark, 169 U.S. 649 (1898),
United States v. Guest, 383 U.S. 745 (1966)
United States v. Morrison, 529 U.S. 598 (2000)
Shelley v. Kraemer, 334 U.S. 1 (1948)
Burton v. Wilmington Parking Authority, 365 U.S. 715 (1961),

Reitman v. Mulkey, *387 U.S. 369 (1967)*
Jackson v. Metropolitan Edison Co., *419 U.S. 345 (1974)*,
Flagg Brothers, Inc. v. Brooks, *436 U.S. 149 (1978)*

## PRAYER FOR RELIEF

**WHEREFORE,** I ask that the court grants judgment in my favor and against the Defendants for the relief specified below.

It is essential to seek an injunction for compensatory damages more than $12,000,000.00 for punitive damages, irreparable damages, including outstanding debts, business assets, property damages, and mental distress.

The Court has the authority to impose suitable disciplinary measures based on the evidence against attorneys Eric Salpeter, Cheryl Bucker, and Penny Taylor Miller. I recommend permanent disbarment for these individuals to prevent them from practicing law.

Request a legal order for the unidentified tenant to promptly vacate my premises.

I request that the court reinstates my ownership, transfers the property deed back to me as the rightful owner, and grants me immediate access to my property.

I request that the court compel the defendants to apprehend Eric Salpeter, Cheryl Bucker, Penny Taylor-Miller, and Edward Misleh. I am entitled to pursue legal action for the harm they have caused me.

## EXHIBIT

A. Formal grievances to the state authorities

B. Eric Salpeter's involvement in criminal activities

C. Cheryl Bucker's involvement in criminal activities

D. Penny Miller-Taylor's involvement in criminal activities

E. The State Bar of California disbarred Edward Misleh

F. False arrest

G. Proof of ownership

H. Evidence from the State of California

**I understand that I am swearing or affirming under oath the truthfulness of the claims made in this Petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

The foregoing instrument was acknowledged by means of physical presence or online. notarization, and sworn before me on this 30th day of June 2024, by FRANTZ GERMAIN *frantz germain*



**Commission Expire: 03/15/2026**
**NOTARY PUBLIC SIGNATURE**
*brittany rene Copeland*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** true and correct copy of the foregoing has been furnished via E-mail service of process to Respondent Ashley Moody ashley.moody@myfloridalegal.com,
F. Scott Westheimer swestheimer@smrl.com on this 30th day of June 2024.

Office of the Attorney General State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050
The Florida Bar
651 E. Jefferson St.
Tallahassee, FL 32399

Eric Salpeter
3864 Sheridan St
Hollywood, FL 33021

Cheryl Bucker
50 NE 26th Ave Ste 402
Pompano Beach, FL 33062

Penny Taylor-Miller
10100 W Sample Rd Ste 332
Coral Springs, FL 33065

**Respectfully submitted**
**Frantz Germain**
**300 PEACHTREE ST NE UNIT 3129**
**ATLANTA, GA 30308**
**404-663-4446**
**Frantz701@yahoo.com**

9.          Fake Deeds related to Private property frauds
10.         Fraudulently entry of private property
11.         Acknowledgment of appearance or oath
12.         Unauthorized sale of Private Property
13.         Burglary and robbery
14.         Interference the Civil Rights Act of 1964 Tooltip Public Law  is a landmark civil
            rights and labor law in the United States that outlaws discrimination based
            on race, color, religion, sex, and national origin.  It prohibits unequal application
            of voter registration requirements, schools and public accommodations, and
            employment discrimination.
15.         Interference with the United States Bill of Rights comprises the first
            ten amendments to the United States Constitution. Proposed following the often
            bitter 1787–88 debate over the ratification of the Constitution and written to
            address the objections raised by Anti-Federalists, the Bill of Rights amendments
            add to the Constitution specific guarantees of personal freedoms and rights, clear
            limitations on the government's power in judicial and other proceedings, and
            explicit declarations that all powers not specifically granted to the federal
            government by the Constitution are reserved to the states or the people.
16.         Fraud and related activity in connection with Racketeering is a type of organized
            crime in which the persons set up a coercive, fraudulent, extortionary, or
            otherwise illegal coordinated scheme or operation (a "racket") to repeatedly or
            consistently collect a profit.



## COCONUT CREEK POLICE

Officer O'Meil Molyneaux
Patrol

4800 West Copans Road
Coconut Creek, FL 33063
www.coconutcreek.net .

Main 954-973-6700
Fax 954-973-6738
omolyneaux@coconutcreek.net

**State Attorney**
Seventeenth Judicial Circuit of Florida

**Broward County Courthouse**
Fort Lauderdale, FL 33301

### REQUEST/AFFIDAVIT TO INITIATE CRIMINAL CHARGES

REPORTS NAME _____ POLICE AGENCY OFFENSE REPORT # 2023-0043603

SAO: ☐ Central   ☐ North ☐ South   ☐ West

I, FRANTZ Germain, (whose signature appears below as *Complainant*) do hereby request the State Attorney's Office to consider the attached reports and Affidavits for the filing of criminal charges. By my signature below, I certify:

1. I understand the decision to initiate prosecution is within the sole discretion of the State Attorney's Office.
2. I understand that any decision to abandon prosecution (drop the charges) is also within the sole discretion of the State Attorney's Office.
3. I understand that RESTITUTION or RECONCILIATION between the accused and myself will not automatically result in the charges being dropped.
4. I understand the State Attorney will attempt to seek restitution on my behalf if there is a conviction in the case; however, any sentence imposed upon conviction, and any restitution to be made a part of that sentence, is determined solely by the Judge presiding at the trial.
5. I will make myself available to testify at depositions, hearings, and trial and will notify the State Attorney's Office of any change in my address or telephone number.
6. I understand that should I refuse to appear in Court after being duly subpoenaed, and/or if I refuse to testify on behalf of the State of Florida in this case, I may be held in Contempt of Court and I may be subjected to a fine and/or imprisonment because of my refusal to cooperate.
7. I understand that when prosecutions are initiated for the charge of ISSUING A WORTHLESS CHECK, the party applying for the warrant shall be held liable for costs accruing in the event the case is dismissed for lack of victim participation/cooperation with the prosecution. No costs shall be charged to the County in such dismissed cases.
8. Finally, I understand it may become necessary to release my name to the suspect as part of the investigation. Further, I understand that whether the case is filed or declined, all documents provided by me become a public record unless exempted by the Florida Statutes.

03/13/2023
Date Signed

Signature of Complainant

PRINT name: FRANTZ GERMAIN

Witness, Deputy Clerk of Court

17.

18.

HAROLD F. PRYOR
State Attorney
Seventeenth Judicial Circuit of Florida

Broward County Courthouse
Fort Lauderdale, FL 32301

**AFFIDAVIT**
[Please print all information except signature]

SUSPECT'S NAME __Edward Misleh__

POLICE AGENCY OFFENSE REPORT # __2023-0047608__

SAO: ☐ Central ☐ North ☐ South ☐ West __Coconut creek police Dept__

STATE OF FLORIDA
COUNTY OF BROWARD   }

PERSONALLY APPEARED BEFORE ME, the undersigned authority duly authorized to administer oaths and take acknowledgments, the AFFIANT herein, who, after having been duly sworn, deposes and says:

1. AFFIANT NAME __Emanito Colon__
2. AFFIANT ADDRESS __1601 E 6th St__
   __Coloradu____ FL 36703__
3. On _____ the ___ day of _____, A.D. 202__, in Broward County, Florida:

__Filing charges on suspect Edward__
__Misleh 6295 US Highway__
__Rockledge FL 32955 Tel 377-951-9764__
__Misleh has been harasing me to__
__Vacant my House eventually he__
__Fraudulently registered a false__
__assams me He get get me Judgment__
__to set my House geter me Fail to__
__Applicable to Florida Statutes Misleh Offense__
__section $17.49__

[If continued on second page, check here ☐
and sign below and on second page]

_____
AFFIANT SIGNATURE

SWORN TO AND SUBSCRIBED before me, this 13th day of _____, A.D. 202__, by the Affiant herein, ☐ who is personally known to me or ☐ who produced the following identification:

__Jun Triebel__
Notary Public, State of Florida

JON P. NESBITT
MY COMMISSION # GG 364508
EXPIRES: November 11, 2023
Bonded Thru Notary Public Underwriters

JON P. SIEBERT
MY COMMISSION # GG 555588
EXPIRES: November 11, 2023
Bonded Thru Notary Public Underwriters

**DEFENDANT INFORMATION SHEET**
(Attach to WARRANT/CAPIAS/SUMMONS)

Coconut Creek                    9223-0043602

Applicable To Florida Statute #17.49

STATE OF FLORIDA,
COUNTY OF BROWARD } ss:

NO WANTED ENTRY may be made into the Florida Crime Information Center (FCIC) or the National
Crime Information Center (NCIC) without ALL of the following primary identifiers of the defendant:

| R | | | | R |
| E | NAME     Edward Misleh | | | E |
| Q | | | | Q |
| U | DATE OF BIRTH _____ RACE White SEX M | | | U |
| I | | | | I |
| R | HEIGHT _____ WEIGHT _____ COLOR HAIR _____ COLOR EYES _____ | | | R |
| E | | | | E |
| D | | | | D |

The law enforcement officer who will make the arrest on the Warrant must be certain that the person arrested is the
person named.  Please provide as many of the following secondary defendant identifiers as you can possibly determine:

a. Photograph ID (Attach photo): BSO Jacket or Arrest# _____     Police Dept. Arrest# _____
b. Alias(es) _____
c. FBI# _____     d.   Social Security# _____
e. Driver License# _____ State _____     f.   Misc.# (Type) _____
g. Fingerprint Classification _____
h. 1) Current address & phone _____
   2) Last reported address & phone _____
i. 1) Occupation(s) _____
   2) Current employer, address & phone _____
   3) Previous employer, address & phone _____

j. Vehicle Identification     Make _____     Model _____     Year _____
   Color _____     Tag# _____     VIN# _____
k. Other defendant identifiers: _____

Date _____                    Signature _____
                                   [  ] AKA     [  ] Filing Denied     [  ] Complaint#

Victim Information on Reverse!

| | | INCIDENT/INVESTIGATION REPORT | | Case# 2023-15436 |
|---|---|---|---|---|

Agency Name: Coconut Creek Police Department

ORI: FL0061100

Location of Incident: 4140 NW 62ND CT, Coconut Creek FL 33073

**INCIDENT DATA**

Crime Incident(s): Police Information pip

Crime Incident(s)

Crime Incident(s)

Gang Rates: —
Premise Type: Government/public
Zone/Tract: 5

**VICTIM**

# of Victims: 0   Type:

V1   Victim/Business Name (Last, First, Middle)

Home Address

Employer Name/Address

| V/S | Make | Model | Style | Color | Lic.# | VIN |
|---|---|---|---|---|---|---|

**OTHER / SUBJECTS**

CODES:  V = Victim (Denote V1, V2)    W1 = Witness    RO = Involved Other    RP = Reporting Person (if other than victim)

Type: INDIVIDUAL (NOT A LE OFFICER)
Code: Name (Last, First, Middle)
RP  GERMAIN, FRANTZ
DOB: 03/21/1983   Age: 40
Home Address: 4140 NW 62ND CT, COCONUT CREEK, FL 33073
Employer Name/Address: Self Employed, 4140 NW 62ND CT (STOCK BROKER)

Type:
Code: Name (Last, First, Middle)

Home Address

Employer Name/Address

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | Code | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Officer/ID#: COLES, R. (PATR. U1521) (PD11803)

Supervisor: MULLIN, B. R. (PATR. U2161) (PD18078)

Invest ID#:

Complainant Signature   Case Status:   10/16/2023   Case Disposition:   Page 1

R.121104   Printed By: HYALENE/ABC/STTA.GOV.LOCAL,   Rev#: V76603   10/19/2023 17:4

INCIDENT/INVESTIGATION REPORT

Coconut Creek Police Department

Case # 2013-15416

Status: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |

Assisting Officers
JAMASDOSERFER, J.J. (PD17700)

Recent Nat / Was Homicidal:

NARRATIVE
PD Lobby- Police Information

L INITIAL

By: RVALENCIA@CBISSLOGY.LOCAL, 10/10/2013 17:15

Page 2

## BROWARD COUNTY SHERIFF

Broward County Sheriff Gregory Tony, appointed by Gov. Ron DeSantis, has been involved in several instances of corruption since assuming office. It has come to light that he failed to disclose important information on his job application, including the fact that he fatally shot another teenager when he was 14 and that he had used LSD. The state ethics commission confirmed these findings. A report from the Florida Department of Law Enforcement earlier this year revealed that Tony had repeatedly lied on his police applications, even omitting the fact that he had fatally shot an 18-year-old neighbor during a fight in 1993. Although Tony was acquitted and found to have acted in self-defense, the applications required the disclosure of all criminal

arrests, regardless of the court's decision. Tony's lawyers argued that, according to Pennsylvania law, juveniles are not charged with crimes but rather "acts of delinquency," so he claimed to have no criminal arrests. The shooting incident was brought to light in 2020 by the Florida Bulldog news website. Tony had worked his way up to the rank of sergeant before resigning in 2016 to establish police consulting firm specializing in active shooter training. His appointment by DeSantis was based on the recommendation of a father who had lost a child in the Stoneman Douglas shooting and knew Tony from their shared gym. Surprisingly, the vetting process was completed in just one day. The investigation also revealed that in 2003, Tony had truthfully admitted to using LSD as a teenager when he applied for a job with the Tallahassee Police Department, his first law enforcement application. However, after this admission led to his rejection, subsequent police applications showed that Tony answered "no" when asked about his use or handling of hallucinogenic drugs. Furthermore, investigators discovered that Tony had repeatedly lied on police and Florida driver's license applications by denying any license suspensions. In 1996, his Pennsylvania license was suspended for failing to pay traffic tickets. Yet, as recently as 2019, Tony answered "no" to that question when applying for a new license. Florida Governor Ron DeSantis announced on Tuesday that he will soon make a decision regarding the potential suspension of Broward County's sheriff. This comes after state investigators discovered that the sheriff had provided false information on his police applications, including details about a past shooting incident, drug use, and driving record. DeSantis stated that he will be consulting with his team before determining the next steps in relation to Broward County Sheriff Gregory Tony. Tony was appointed as sheriff by DeSantis in January 2019, following the dismissal of his predecessor, Scott Israel, due to his handling of the Marjory Stoneman Douglas High School tragedy. We will be conducting a thorough review of

the situation. We have seen the initial report and will be examining it closely in the days ahead,"
DeSantis mentioned during a press conference in Miami. According to Florida law, the governor
has the authority to suspend and fired any local elected official for misconduct, with the official
having the right to appeal the decision to the Senate. The Florida Department of Law
Enforcement report, released, revealed that Tony had provided false information on his police
applications, failing to disclose a fatal shooting incident from his teenage years. Despite being
acquitted on grounds of self-defense, the applications required full disclosure of all arrests,
regardless of the outcome. As the statute of limitations had expired on the false statements, Tony
cannot face criminal charges. The report has been forwarded to the state ethics commission for
further review, which could result in a recommendation for DeSantis to suspend Tony. When
questioned about the matter, a spokesperson for the Broward Sheriff's Office referred inquiries to
a Miami law firm, which did not respond immediately to a request for comment via email. The
FDLE report noted that Tony declined to be interviewed by investigators. Under Tony the
Broward Sheriff became a laughing stock and a sanctuary for fraud, 17 BSO employees are
accused of fraudulently obtaining Paycheck Protection Program loans and Economic Injury
Disaster Loans, including 16 who are facing wire fraud charges and one who's facing conspiracy
to commit wire fraud, U.S. Attorney for the Southern District of Florida Markenzy Lapointe said.
Stephanie Diane Smith, 53, as part of the fraud scheme, Katrina Brown, 46. Brown has been with
BSO since 2016. Alexandra Acosta, 37 Acosta has been with BSO since 2013. La'Keitha
Victoria Lawhorn, 41 Lawhorn has been with BSO since 2007. Jewell Farrell Johnson, 46
Johnson has been with BSO since 2017. Carolyn Denise Wade, 48. Wade has been with BSO
since 2002. Rorie Brown, 42, has been with BSO since 2005. Alexis Monique Greene, 47.
Greene has been with BSO since 2007. Ritchie Noah Dubuisson, 25. Dubuisson has

been with BSO since 2019. Keshondra Tameisha Davis, 37. Davis has been with BSO since
2016. Allen Dorvil, 33 Dorvil has been with BSO since 2017. Jean Pierre-Toussant, 35. Pierre-
Toussant has been with BSO since 2017. Ancy Morancy, 33, has been with BSO since 2016.
Marcus Errol Powell, 37. Powell has been with BSO since 2016. Derrick J. Nesbitt, 46. Nesbitt
has been with BSO since 2002, says Keith Dunkley, 46. Dunkley was hired by BSO in 2007.
George Anthony III, 50. Anthony, a sergeant, was hired by the BSO in 2001. Regrettably, their
duty was to safeguard the public, yet they are the ones causing harm to the public.

### STATE OF FLORIDA RACIALLY PROFILING
### FOR EQUAL PROTECTION

Due to the disappointment caused by local officials, I had no choice but to report their crimes to
state authorities. I submitted numerous complaints to the Office of the Attorney General, Ashley
Moody, Florida Department of Law Enforcement (FDLE), Division of Criminal Justice
Commissioner Mark Glass, and the State Bar of Florida President Scott Westheimer, detailing
the criminal behavior of Eric Salpeter, Cheryl Bucker, and Penny Taylor-Miller. Unfortunately,
my complaints were once again dismissed without any resolution, leaving me feeling hopeless.
Eric Salpeter, Cheryl Bucker, and Penny Taylor-Miller, Florida bar attorneys, have been
implicated in a series of criminal activities, such as robbery, fraudulent judgments concerning
private property, fabrication of case numbers related to property fraud, dissemination of false
and deceptive information, wire fraud, deception through theft, forgery, fraudulent transfer of
titles, misrepresentation, and other offenses. The FDLE has determined that, upon reviewing the
complaint, it does not meet the criteria for an investigation. The Florida Bar, comprised of all
attorneys authorized by the Supreme Court of Florida to practice law in the state, has primary
responsibilities. These include overseeing legal practice in Florida, upholding the highest

standards of legal ethics, and safeguarding the public by prosecuting unethical lawyers and preventing unauthorized legal practice. The Florida Bar's key functions are to regulate legal practice, maintain professionalism, and protect the public from misconduct. It is imperative for the Bar leadership to thoroughly investigate all complaints, regardless of the source, and respond promptly to maintain the integrity of the legal profession. Failure to address complaints can lead to further issues and potential disciplinary action. It is crucial for lawyers to act responsibly and ethically to avoid negative impacts on individuals and families in the community.

From the Florida Attorney General's Office

From: attorney.general@myfloridalegal.com
To: FRANTZ701@YAHOO.COM
Date: Monday, December 19, 2022 at 10:01 AM EST

This is to acknowledge receipt of your correspondence to the Florida Attorney General's Office.

We appreciate hearing from you, and I am sorry for your difficulties. The Florida Supreme Court has designated The Florida Bar as the authority responsible for reviewing grievances against attorneys licensed to practice in this state. The Bar has a dedicated Hotline to assist individual consumers. Contact information for The Florida Bar is:

The Florida Bar
651 East Jefferson Street
Tallahassee, Florida 32399-2300
Telephone: (850) 561-5600
ACAP Hotline: 1-866-352-0707
Website: www.floridabar.org
Complaint: https://webprod.floridabar.org/wp-content/uploads/2017/04/inquiry-complaint-form.pdf

For more information on attorney regulation and the grievance process, please visit the following Florida Bar web pages:

https://www.floridabar.org/public/acap/
https://www.floridabar.org/public/acap/assistance/

Because our office is not at liberty to give legal opinions or advice to private individuals, if you need legal guidance, please consult private legal counsel. If you need help finding an attorney, The Florida Bar offers a Lawyer Referral Service toll-free at (800) 342-8011 or online at https://www.floridabar.org/public/lrs/.

Thank you for contacting Attorney General Moody's office. We hope this proves helpful.

Sincerely,

Alexis Keller
Office of Citizen Services
Florida Attorney General's Office
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3990
Toll-free within Florida: (866) 966-7226
Website: www.myfloridalegal.com

PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.

To contact this office please visit the Attorney General's website at www.myfloridalegal.com and complete the on-line contact form. For news on Attorney General Moody's efforts to fight fraud, please click the following link and subscribe to the Attorney General's electronic newsletters:
http://myfloridalegal.com/Newsflowlist/Subscriber

INTERNET MESSAGE RECEIVED BY THE ATTORNEY GENERAL'S OFFICE ON 12/01/2022

FRANTZ GERMAIN
4140 NW 62nd Ct

Coconut Creek, FL 33073
Phone: (954) 803-8816
Email: frantz701@yahoo.com

RE: SALPETER GITKIN LLP
4140 NW 62nd Ct
Coconut Creek
Phone: (954) 467-8622

Subject: EDWARD MISLEH, RITA GERMAIN, ERIC T SALPETER

Attorney ERIC T SALPETER involves in real estate fraud filing fake documents
to get position of my property. ERIC T SALPETER has been engaged in
solicitation, false advertisement, bribery deal and cut back. A serial criminal
activist using the state bar attorney with an apatile to mislead the court
system. I have the evidences I need help to sign this case to a local FBI agent
to assist me in this situation.

The Attorney General, as required by the Florida Constitution, serves as the primary legal

representative for The State of Florida and is responsible for protecting the state's interests. The

Attorney General's duties encompass the Enforcement of state consumer protection and antitrust

laws, as well as the civil prosecution of criminal racketeering. In the realm of criminal law, the Attorney General acts as the state's representative in appeals filed by convicted Individuals, including cases involving capital murder. Despite reporting instances of misconduct to citizen services Since 2022, including the fake judgment by Edward Misleh from California, the lack of action has left me vulnerable and homeless today. The defendant refused to provide me with the equal protection that I have been pursuing since 2022, resulting in a false arrest. I was assaulted by Broward Sheriff Deputies and Coconut Creek Police Officers who forcibly entered my private property, subjected me to multiple attacks with deadly weapons, and falsely imprisoned me with burglary charges related to my own property



## NAGATIVE IMPACT AND DAMAGES

The Florida Bar, comprised of all attorneys authorized by the Supreme Court of Florida to

practice law in the state, has primary responsibilities. These include overseeing legal practice in

Florida, upholding the highest standards of legal ethics, and safeguarding the public by

prosecuting unethical lawyers and preventing unauthorized legal practice. The Florida Bar's key functions are to regulate legal practice, maintain professionalism, and protect the public from misconduct. It is imperative for the Bar leadership to thoroughly investigate all complaints, regardless of the source, and respond promptly to maintain the integrity of the legal profession. Failure to address complaints can lead to further issues and potential disciplinary action. It is crucial for lawyers to act responsibly and ethically to avoid negative impacts on individuals and families in the community. The defendants are responsible for damages amounting to $12,000,000.00 in business assets, which includes outstanding debts owed to the United States Government through SBA loans. The SBA Loan Number 8113795008 totals $275,359.42, SBA Loan Number 5311737807 amounts to $500,000.00, and SBA Loan Number 6811407901 is $500,000.00 for contract losses and equipment damages. The eviction resulted in the obstruction of access to my home-based business, leading to its downfall, repossession of equipment (Trucks, Trailer, Flat-bed, Dry-van, and ELD), and the departure of drivers seeking employment elsewhere. I lost all significant contracts that I had diligently secured with various companies such as Landstar, JB Hunt, XPO, Ryan Transport, Redwood Logistics, AP Freight Inc, Cowan Logistics, Fairmont Logistics, Echo Global Logistics, Nav Logistics Inc, Liberty Commercial LLC, Arrive Logistics, AMX Logistics, USA Truck Inc, Molo Solution LLC, Trinity Logistics, Sage Freight LLC, Prime Logistics Solution, Allover Freight Inc, Moon Trucking LLC, Allen Lund, R2 Logistics Inc, Shine Logistics LLC, SunTeck Transport Co, Eps Logistics Services Inc, Expedite Logistics, GLT Logistics, Venture Connect LLC, Bluegrace Logistics, KCH Logistics, Gravity Logistics.



SBA Loan Number 8113795008 $275,359.42



**SBA** U.S. Small Business
Administration

≡

**8113795008**
D&G Capital LLC

## Loan Summary

SBA Loan Number

8113795008 ▾

**Preferred Lenders Program**
For D&G Capital LLC

**$275,359.42**
Outstanding Balance

Current Status
In Liquidation Disbursed

Loan Number
8113795008

Next Payment
$3,765.00 due on Jun 01, 2017

Actions ⌄

## Loan Details

SBA Loan Number

8113795008

Loan Type

Preferred Lenders Program

Loan Status

In Liquidation Disbursed

Need Help?

Loan Maturity Date

**SBA Loan Number 5311737807 $500,000.00**



**U.S. Small Business Administration**

Statement Date: 01/01/2023
SBA Loan #: 5311737807
Loan Type: Disaster COVID-19 Economic Injury

JAX FINANCIAL SERVICES INC
2640 CESERY BLVD
JACKSONVILLE, FL 32211

| Statement Amount | Payment Due | Due Date | | |
|---|---|---|---|---|
| $2,464.00 | $7,392.00 | 11/01/2022 | | |
| Last Payment Amount | Last Payment Date | Applied to Principal | Applied to Interest | Outstanding Balance |
| $0.00 | - - - - | $0.00 | $0.00 | $500,000.00 |

To remit payments, please visit MySBA Loan Portal and select
"Make Payment" or mail payment to:

SBA
PO Box 3918
Portland, OR 97208-3918

Please direct your questions and correspondence to the address below:
Note that payments made to this address may be returned

Disaster Loan Servicing Center
2 NORTH 20TH STREET, SUITE 320
BIRMINGHAM, AL 35203
(800) 736-6048

**I understand that I am swearing or affirming under oath the truthfulness of the claims made in this Petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

The foregoing instrument was acknowledged by means of physical presence or online. notarization, and sworn before me on this 30th day of June 2024, by FRANTZ GERMAIN *frantz germain*



**Commission Expire: 03/15/2026**
**NOTARY PUBLIC SIGNATURE**
*brittany rene Copeland*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** true and correct copy of the foregoing has been furnished via E-mail service of process to Respondent Ashley Moody ashley.moody@myfloridalegal.com,
F. Scott Westheimer swestheimer@smrl.com on this 30th day of June 2024.

Office of the Attorney General State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050
The Florida Bar
651 E. Jefferson St.
Tallahassee, FL 32399

Eric Salpeter
3864 Sheridan St
Hollywood, FL 33021

Cheryl Bucker
50 NE 26th Ave Ste 402
Pompano Beach, FL 33062

Penny Taylor-Miller
10100 W Sample Rd Ste 332
Coral Springs, FL 33065

**Respectfully submitted**
**Frantz Germain**
**300 PEACHTREE ST NE UNIT 3129**
**ATLANTA, GA 30308**
**404-663-4446**
**Frantz701@yahoo.com**

SBA Loan Number 6811407901 $500,000.00



**U.S. Small Business Administration**

Statement Date: 05/17/2023
SBA Loan #: 6811407901
Loan Type: Disaster COVID-19 Economic Injury

ADELLES TRUCKING LLC
4140 NW 62ND CT
COCONUT CREEK, FL 33073

| Statement Amount | Payment Due | Due Date | | |
|---|---|---|---|---|
| $2,467.00 | $14,932.00 | 12/17/2022 | | |
| Last Payment Amount | Last Payment Date | Applied to Principal | Applied to Interest | Outstanding Balance |
| $0.00 | - - - - | $0.00 | $0.00 | $500,000.00 |

To remit payments, please visit MySBA Loan Portal and select
"Make Payment" or mail payment to:

SBA
PO Box 3918
Portland, OR 97208-3918

Please direct your questions and correspondence to the address below:
Note that payments made to this address may be returned

CESC - COVID EIDL SERVICE CENTER
14925 Kingsport Rd
Fort Worth, TX 76155
(833) 853-5638

Despite facing numerous traumatic experiences and struggling to cope, I have found that with time and proper self-care, things tend to improve. However, encountering a police officer exacerbates my symptoms, leading to prolonged impact on my daily functioning. I have been dealing with mental health challenges, which unfortunately caused me to feel disconnected from the world due to fear. Despite never being arrested, imprisoned, or jailed, I have been subjected to abuse and fraud, leaving me overwhelmed with pain and homelessness. The treatment involved various medications, including federally controlled substances due to their potential for abuse and dependence. Additionally, I experienced emotional distress after witnessing my daughter's funeral service on YouTube and being a victim of continuous property fraud activities, which has plunged me into deep depression. Adjusting to daily life has been incredibly challenging, and I am currently struggling to cope.

## FOURTH AMENDMENT RIGHTS

The 4th Amendment is among the most sacred safeguards of individual liberty embedded in our Constitution. The amendment read the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized in just 54 words, the 4th Amendment packs a lot of significance, and interpreting their meaning has kept judges and lawyers busy for centuries. The basic premise of this amendment is to protect Americans from unreasonable searches and seizures of their property by the government.

Florida v. J.L., 529 U.S. 266 (2000),
Albo v. State, 477 So. 2d 1071 (Fla. 3d DCA 1985),
C.G. v. State, 941 So. 2d 503 (Fla. 3d DCA 2006).
Phillips v. State, 781 So. 2d 477 (Fla. 3d DCA 2001)
Mullins v. State, 366 So. 2d 1162 (Fla. 1978).
Levin v. State, 449 So. 2d 288, 289 (Fla. 3d DCA 1983),

State v. Levin, 452 So. 2d 562 (Fla. 1984).
Adams v. State, 830 So. 2d 911 (Fla. 3d DCA 2002)

## FIFTH AMENDMENT RIGHTS

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or

indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual

service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in

jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be

deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public

use, without just compensation.

Miranda v. Arizona, 384 U.S. 436 (1966).
Miranda, 384 U.S. at 458–60.
Counselman v. Hitchcock, 142 U.S. 547, 562 (1892)
Griffin v. California, 380 U.S. 609, 615 (1965).
Baxter v. Palmigiano, 425 U.S. 308, 318 (1976).
Malloy v. Hogan, 378 U.S. 1, 7 (1964).
Michigan v. Mosley, 423 U.S. 96, 104–06 (1975);
State v. Blevins,108 Idaho 239, 242, 697 P.2d 1253, 1256 (Ct. App. 1985).
State v. Law, 136 Idaho 721, 725, 39 P.3d 661, 665 (Ct. App. 2002);
State v. Whipple, 134 Idaho 498, 502, 5 P.3d 478, 482-64 (Ct. App. 2000).
State v. Person, 140 Idaho 934, 938, 104 P.3d 976, 980(Ct. App. 2004)
Miller v. Fenton, 474 U.S. 104, 109 (1985)
State v. Samuel, 165 Idaho 746, 766, 452 P.3d 768, 770 (2019).
Olmstead v. United States, 277 U.S. 438, 485 (1928)

## FOURTEENTH AMENDMENT EQUAL PROTECTION RIGHTS

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the

United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge

the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life,

liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal

protection of the laws.

Scott v. Sanford, 60 U.S. 393 (1857),
Elk v. Wilkins, 112 U.S. 94 (1884),
United States v. Wong Kim Ark, 169 U.S. 649 (1898),
United States v. Guest, 383 U.S. 745 (1966)
United States v. Morrison, 529 U.S. 598 (2000)
Shelley v. Kraemer, 334 U.S. 1 (1948)
Burton v. Wilmington Parking Authority, 365 U.S. 715 (1961),

Reitman v. Mulkey, *387 U.S. 369 (1967)*
Jackson v. Metropolitan Edison Co., *419 U.S. 345 (1974)*,
Flagg Brothers, Inc. v. Brooks, *436 U.S. 149 (1978)*

## PRAYER FOR RELIEF

**WHEREFORE,** I ask that the court grants judgment in my favor and against the Defendants for the relief specified below.

It is essential to seek an injunction for compensatory damages more than $12,000,000.00 for punitive damages, irreparable damages, including outstanding debts, business assets, property damages, and mental distress.

The Court has the authority to impose suitable disciplinary measures based on the evidence against attorneys Eric Salpeter, Cheryl Bucker, and Penny Taylor Miller. I recommend permanent disbarment for these individuals to prevent them from practicing law.

Request a legal order for the unidentified tenant to promptly vacate my premises.

I request that the court reinstates my ownership, transfers the property deed back to me as the rightful owner, and grants me immediate access to my property.

I request that the court compel the defendants to apprehend Eric Salpeter, Cheryl Bucker, Penny Taylor-Miller, and Edward Misleh. I am entitled to pursue legal action for the harm they have caused me.

### EXHIBIT

A. Formal grievances to the state authorities

B. Eric Salpeter's involvement in criminal activities

C. Cheryl Bucker's involvement in criminal activities

D. Penny Miller-Taylor's involvement in criminal activities

E. The State Bar of California disbarred Edward Misleh

F. False arrest

G. Proof of ownership

H. Evidence from the State of California

**I understand that I am swearing or affirming under oath the truthfulness of the claims made in this Petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

The foregoing instrument was acknowledged by means of physical presence or online. notarization, and sworn before me on this 30th day of June 2024, by FRANTZ GERMAIN  *frantz germain*



**Commission Expire: 03/15/2026**
**NOTARY PUBLIC SIGNATURE**
*brittany rene Copeland*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** true and correct copy of the foregoing has been furnished via E-mail service of process to Respondent Ashley Moody ashley.moody@myfloridalegal.com,
F. Scott Westheimer swestheimer@smrl.com on this 30th day of June 2024.

Office of the Attorney General State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050
The Florida Bar
651 E. Jefferson St.
Tallahassee, FL 32399

Eric Salpeter
3864 Sheridan St
Hollywood, FL 33021

Cheryl Bucker
50 NE 26th Ave Ste 402
Pompano Beach, FL 33062

Penny Taylor-Miller
10100 W Sample Rd Ste 332
Coral Springs, FL 33065

**Respectfully submitted**
**Frantz Germain**
**300 PEACHTREE ST NE UNIT 3129**
**ATLANTA, GA 30308**
**404-663-4446**
**Frantz701@yahoo.com**

*A*

## From the Florida Attorney General's Office

From: attorney.general@myfloridalegal.com

To:   FRANTZ701@YAHOO.COM

Date  Monday, December 19, 2022 at 10:01 AM EST

This is to acknowledge receipt of your correspondence to the Florida Attorney General's Office.

We appreciate hearing from you, and I am sorry for your difficulties. The Florida Supreme Court has designated The Florida Bar as the authority responsible for reviewing grievances against attorneys licensed to practice in this state. The Bar has a dedicated Hotline to assist individual consumers. Contact information for The Florida Bar is:

The Florida Bar
651 East Jefferson Street
Tallahassee, Florida  32399-2300
Telephone: (850) 561-5600
ACAP Hotline: 1-866-352-0707
Website: www.floridabar.org
Complaint: https://webprod.flondabar.org/wp-content/uploads/2017/04/inquiry-complaint-form.pdf

For more information on attorney regulation and the grievance process, please visit the following Florida Bar web pages:

https://www.floridabar.org/public/acap/
https://www.floridabar.org/public/acap/assistance/

Because our office is not at liberty to give legal opinions or advice to private individuals, if you need legal guidance, please consult private legal counsel. If you need help finding an attorney, The Florida Bar offers a Lawyer Referral Service toll-free at (800) 342-8011 or online at https://www.floridabar.org/public/lrs/.

Thank you for contacting Attorney General Moody's office. We hope this proves helpful.

Sincerely,

Alexis Keller
Office of Citizen Services
Florida Attorney General's Office
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3990
Toll-free within Florida: (866) 966-7226
Website: www.myfloridalegal.com

PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.

To contact this office please visit the Attorney General's website at www.myfloridalegal.com and complete the on-line contact form. For news on Attorney General Moody's efforts to fight fraud, please click the following link and subscribe to the Attorney General's electronic newsletters:
http://myfloridalegal.com/NewsBrie.nsf/Subscriber

---

INTERNET MESSAGE RECEIVED BY THE ATTORNEY GENERAL'S OFFICE ON 12/01/2022

FRANTZ GERMAIN
4140 NW 62nd Ct

Coconut Creek, FL 33073
Phone: (954) 803-6816
Email: frantz701@yahoo.com

RE: SALPETER GITKIN LLP
4140 NW 62nd Ct
Coconut Creek
Phone: (954) 467-8622

Subject: EDWARD MISLEH, RITA GERMAIN, ERIC T SALPETER

Attorney  ERIC T SALPETER involves in real estate fraud filing fake documents
to get position of my property.  ERIC T SALPETER has been engaged in
solicitation, false advertisement, bribery deal and cut back. A serial criminal
activist using the state bar attorney with an apatite to  mislead the court
system. I have the evidences I need help to sign this case to a local FBI agent
to assist me in this situation.

# "AS IS" Residential Contract For Sale And Purchase

THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

Realtors

1* **PARTIES:** _____Rita Germain_____ _____Frants Germain_____ ("Seller"),
2* and _____Winston Barwise Cannicle_____ _____Stacy D Downs Cannicle_____ ("Buyer"),
3 agree that Seller shall sell and Buyer shall buy the following described Real Property and Personal Property
4 (collectively "Property") pursuant to the terms and conditions of this AS IS Residential Contract For Sale And Purchase
5 and any riders and addenda ("Contract"):
6 1. **PROPERTY DESCRIPTION:**
7*    (a) Street address, city, zip:___4140___ NW 62nd _____ Ct Coconut Creek, Fl ___33073___
8*    (b) Located in: ____Broward____ County, Florida. Property Tax ID #:___48-42-05-22-0630___
9*    (c) Real Property: The legal description is
10       COCOBAY 160-6 B THAT PART OF PARCEL A DESC'D AS, COMM AT S 1/4 COR OF SEC 5-48-42 NWLY
11       693.66 TO POB,SWLY ALG S/L 50.10,NWLY 115.00,NELY 50.10, SELY 115 TO POB AKA: LOT 63 COCOBAY
12       together with all existing improvements and fixtures, including built-in appliances, built-in furnishings and
13       attached wall-to-wall carpeting and flooring ("Real Property") unless specifically excluded in Paragraph 1(e) or
14       by other terms of this Contract.
15    (d) Personal Property: Unless excluded in Paragraph 1(e) or by other terms of this Contract, the following items
16       which are owned by Seller and existing on the Property as of the date of the initial offer are included in the
17       purchase: range(s)/oven(s), refrigerator(s), dishwasher(s), disposal, ceiling fan(s), light fixture(s), drapery rods
18       and draperies, blinds, window treatments, smoke detector(s), garage door opener(s), thermostat(s), doorbell(s),
19       television wall mount(s) and television mounting hardware, security gate and other access devices, mailbox
20       keys, and storm shutters/storm protection items and hardware ("Personal Property").
21*       Other Personal Property items included in this purchase are:_____
22
23       Personal Property is included in the Purchase Price, has no contributory value, and shall be left for the Buyer.
24*    (e) The following items are excluded from the purchase:_____
25

## PURCHASE PRICE AND CLOSING

27* 2. **PURCHASE PRICE (U.S. currency):**....................................................................... $ 510,000.00
28*    (a) Initial deposit to be held in escrow in the amount of (checks subject to Collection) ..........$ 10,000.00
29       The initial deposit made payable and delivered to "Escrow Agent" named below
30*       (CHECK ONE): (i) ☐ accompanies offer or (ii) ☐ is to be made within _____ (if left blank,
31       then 3) days after Effective Date. IF NEITHER BOX IS CHECKED, THEN OPTION (ii)
32       SHALL BE DEEMED SELECTED.
33*       Escrow Agent Name: _____ Title Now
34*       Address:_____ Phone: 954-947-2040
35*       Email: ___laura@titlenowfl.com___ Fax:_____
36*    (b) Additional deposit to be delivered to Escrow Agent within _____ (if left blank, then 10)
37*       days after Effective Date ............................................................$ _____
38       (All deposits paid or agreed to be paid, are collectively referred to as the "Deposit")
39*    (c) Financing: Express as a dollar amount or percentage ("Loan Amount") see Paragraph 8........ 408000
40*    (d) Other _____ ...........................$ _____
41    (e) Balance to close (not including Buyer's closing costs, prepaids and prorations) by wire
42*       transfer or other Collected funds (See STANDARD S).............................$ 92,000.00
43 3. **TIME FOR ACCEPTANCE OF OFFER AND COUNTER-OFFERS; EFFECTIVE DATE:**
44    (a) If not signed by Buyer and Seller, and an executed copy delivered to all parties on or before
45*       ___7/31/2023___, this offer shall be deemed withdrawn and the Deposit, if any, shall be returned to
46       Buyer. Unless otherwise stated, time for acceptance of any counter-offers shall be within 2 days after the day
47       the counter-offer is delivered.
48    (b) The effective date of this Contract shall be the date when the last one of the Buyer and Seller has signed or
49       initialed and delivered this offer or final counter-offer ("Effective Date").
50 4. **CLOSING; CLOSING DATE:** The closing of this transaction shall occur when all funds required for closing are
51 received by Closing Agent and Collected pursuant to STANDARD S and all closing documents required to be
52 furnished by each party pursuant to this Contract are delivered ("Closing"). Unless modified by other provisions of

Buyer's Initials _WC_ _SC_     Page 1 of 12     Seller's Initials _RG_
FloridaRealtors/FloridaBar-ASIS-6   Rev.10/21 © 2021 Florida Realtors® and The Florida Bar. All rights reserved.
The Clerk of Court or designee as Elisor on behalf of Seller Frantz Germain

This software is licensed to [Mark Cadogan - Messy beautiful Homes Inc.] www.transactiondesk.com   TRANSACTIO



## ATTORNEY'S FEES AND COSTS

## ORDER

Based upon the foregoing, the court hereby makes the following orders:



**DIVISION OF ASSETS AND DEBTS**

Single Family Residence 4441 N.W. 62nd Court, Coconut Creek, FL

**JUDGMENT [PROPOSED]**

Page 4 of 14

# PARTNERS SW
KELLERWILL

## CLOSING COSTS NOTICE

**Property Address:** 4140 NW 62nd Ct, Coconut Creek, FL 33073

**CLOSING COSTS:** Upon the sale of real property additional costs may be required by the buyer and/or seller in the form of closing costs. The following is a list of known major Closing Cost Items typically charged to the Buyer and/or Seller.

| Attorney Fees | Abstract Charges | Hazard/Flood Insurance | Real Estate Taxes |
| Settlement Fees | Title Insurance | Prepaid Interest & Escrow | Real Estate Commission |
| Appraisal Fees | Lender Service Fees | Mortgage Transfer Fees | Credit Report Fees |
| Discount Points | Endorsement Fees | Loan Origination Fees | Intangible Tax |
| Survey Fees | Doc Stamps | Homeowners Assoc Fees | Recording Fees |

Not all of the costs apply in every transaction. The Lender and/or Title Company will supply the Buyer and/or Seller specific costs prior to closing.

**COMPENSATION:** Keller Williams Realty Partners SW will be paid by the ☐ Seller ☐ Buyer upon the completion of the sale of Real Property.

**FINANCING:** Mortgage Interest Rates and Discount Points vary with different Financial Institutions and the marketplace on a daily basis. The buyer has the right to select the lender and the right to negotiate the financial terms and conditions of the agreement.

**INSPECTION:** The buyer has the right, at their expense to have the property inspected for any of the conditions that may adversely affect the property, including but not limited to: General Home, Roof, Termite, Radon, Septic, Mold and Chinese Drywall.

**LEGAL REQUIREMENT:** In Florida, all contracts for the sale of real property are required to be in writing to be enforceable and to comply with law. The Buyer and/or Seller have the right to have legal counsel review all forms and to represent them.

## THE UNDERSIGNED ACKNOWLEDGES THAT THIS WRITTEN NOTICE WAS RECEIVED BEFORE SIGNING CONTRACTUAL OFFER IN COMPLIANCE WITH FLORIDA STATUTES AND FLORIDA ADMINISTRATIVE CODE.

_____  3/21/2023     _____

Buyer / Seller Signature        Date        Buyer / Seller Signature        Date

The Clerk of Court or Designee as Elisor on behalf of Seller Frantz...

| | Yes | No | Don't Know |
|---|---|---|---|

**8. Homeowners' Association Restrictions; Boundaries; Access Roads**

(a) Is membership in a homeowner's association mandatory or do any covenants, conditions or restrictions (CCRs) affect the Property? (CCRs include deed restrictions, restrictive covenants and declaration of covenants.) Notice to Buyer: If yes, you should read the association's official records and/or the CCRs before making an offer to purchase. These documents contain information on significant matters, such as recurring dues or fees; special assessments; capital contributions, penalties; and architectural, building, landscaping, leasing, parking, pet, resale, vehicle and other types of restrictions. — ☑ Yes ☐ No ☐ Don't Know

(b) Are there any proposed changes to any of the restrictions? — ☐ ☑ ☐

(c) Are any driveways, walls, fences, or other features shared with adjoining landowners? — ☐ ☑ ☐

(d) Are there any encroachments on the Property or any encroachments by the Property's improvements on other lands? — ☐ ☑ ☐

(e) Are there boundary line disputes or easements affecting the Property? — ☐ ☑ ☐

(f) Are you aware of any existing, pending or proposed legal or administrative action affecting homeowner's association common areas (such as clubhouse, pools, tennis courts or other areas)? — ☐ ☑ ☐

(g) Have any subsurface rights, as defined by Section 689.29(3)(b), Florida Statutes, been severed from the Property? — ☐ ☑ ☐
If yes, is there a right of entry? ☐ yes ☐ no

(h) Are access roads ☐ private ☐ public? If private, describe the terms and conditions of the maintenance agreement: _____
_____

(i) If any answer to questions 8(a) - 8(g) is yes, please explain: _____
_____

**9. Environmental**

(a) Was the Property built before 1978? — ☐ ☑ ☐
If yes, please see Lead-Based Paint Disclosure.

(b) Does anything exist on the Property that may be considered an environmental hazard, including but not limited to, lead-based paint; asbestos; mold; urea formaldehyde; radon gas; methamphetamine contamination; defective drywall; fuel, propane, or chemical storage tanks (active or abandoned); or contaminated soil or water? — ☐ ☑ ☐

(c) Has there been any damage, clean up, or repair to the Property due to any of the substances or materials listed in subsection (b) above? — ☐ ☑ ☐

(d) Are any mangroves, archeological sites, or other environmentally sensitive areas located on the Property? — ☐ ☑ ☐

(e) If any answer to questions 9(b) - 9(d) is yes, please explain: _____
_____

**10. Governmental, Claims and Litigation**

(a) Are there any existing, pending or proposed legal or administrative claims affecting the Property? — ☐ ☑ ☐

(b) Are you aware of any existing or proposed municipal or county special assessments affecting the Property? — ☐ ☑ ☐

(c) Is the Property subject to any Property Assessed Clean Energy (PACE) assessment per Section 163.08, Florida Statutes? — ☐ ☑ ☐

(d) Are you aware of the Property ever having been, or is it currently, subject to litigation or claim, including but not limited to, defective building products, construction defects and/or title problems? — ☐ ☑ ☐

(e) Have you ever had any claims filed against your homeowner's insurance policy? — ☐ ☑ ☐

**6. Broker Authority: Seller** authorizes Broker to:

(a) **Market the Property to the Public** (unless limited in Paragraph 6(b)(i) below):

(i) **Public marketing includes**, but is not limited to, flyers, yard signs, digital marketing on public facing websites, brokerage website displays (i.e. IDX or VOW), email blasts, multi-brokerage listing sharing networks and applications available to the general public.

(ii) **Public marketing also includes** marketing the Property to real estate agents outside Broker's office.

(iii) Place appropriate transaction signs on the Property, except if Paragraph 6(b)(i) is checked below.

(iv) Use Seller's name in connection with marketing or advertising the Property.

☐ Display the Property on the Internet except the street address.

(b) **Not Publicly Market to the Public/Seller Opt-Out:**

(i.) ☐ Seller does not authorize Broker to display the Property on the MLS.

(ii.) Seller understands and acknowledges that if Seller checks option 6(b)(i), a For Sale sign will not be placed upon the Property and

(iii.) Seller understands and acknowledges that if Seller checks option 6(b)(i), Broker will be limited to marketing the Property only to agents within Broker's office.

____ `AG    V.` ____ Initials of Seller The Clerk of Court or Designee as Elisor on behalf of Seller Frantz Germain

(c) Obtain information relating to the present mortgage(s) on the Property.

(d) Provide objective comparative market analysis information to potential buyers.

(e) **(Check if applicable)** ☑ Use a lock box system to show and access the Property. A lock box does not ensure the Property's security. Seller is advised to secure or remove valuables. Seller agrees that the lock box is for Seller's benefit and releases Broker, persons working through Broker, and Broker's local Realtor Board / Association from all liability and responsibility in connection with any damage or loss that occurs. ☐ Withhold verbal offers. ☐ Withhold all offers once Seller accepts a sales contract for the Property.

(f) Act as a transaction broker.

(g) **Virtual Office Websites:** Some real estate brokerages offer real estate brokerage services online  These websites are referred to as Virtual Office Websites ("VOWs"). An automated estimate of market value or reviews and comments about a property may be displayed in conjunction with a property on some VOWs. Anyone who registers on a VOW may gain access to such automated valuations or comments and reviews about any property displayed on a VOW. Unless limited below, a VOW may display automated valuations or comments and reviews about this Property.

☐ Seller does not authorize an automated estimate of the market value of the listing (or a hyperlink to such estimate) to be displayed in immediate conjunction with the listing of this Property.

☐ Seller does not authorize third parties to write comments or reviews about the listing of the Property (or display a hyperlink to such comments or reviews) in immediate conjunction with the listing of this Property.

**7. Seller Obligations:** In consideration of Broker's obligations, Seller agrees to:

(a) Cooperate with Broker in carrying out the purpose of this Agreement, including referring immediately to Broker all inquiries regarding the Property's transfer, whether by purchase or any other means of transfer.

(b) Recognize Broker may be subject to additional MLS obligations and potential penalties for failure to comply with them.

(c) Provide Broker with keys to the Property and make the Property available for Broker to show during reasonable times.

(d) Inform Broker before leasing, mortgaging, or otherwise encumbering the Property.

(e) Indemnify Broker and hold Broker harmless from losses, damages, costs, and expenses of any nature, including attorney's fees, and from liability to any person, that Broker incurs because of (1) Seller's negligence, representations, misrepresentations, actions, or inactions; (2) the use of a lock box; (3) the existence of undisclosed material facts about the Property; or (4) a court or arbitration decision that a broker who was not compensated in connection with a transaction is entitled to compensation from Broker. This clause will survive Broker's performance and the transfer of title.

(f) Perform any act reasonably necessary to comply with FIRPTA (Section 1445 of the Internal Revenue Code).

(g) Make all legally required disclosures, including all facts that materially affect the Property's value and are not readily observable or known by the buyer. Seller certifies and represents that Seller knows of no such material facts (local government building code violations, unobservable defects, etc.) other than the following:

_____

Seller will immediately inform Broker of any material facts that arise after signing this Agreement.

(h) Consult appropriate professionals for related legal, tax, property condition, environmental, foreign reporting requirements, and other specialized advice.

Seller `RG` and Broker/Sales Associate ☐ acknowledge receipt of a copy of this page, which is Page 2 of 4.

ERS-18S Rev 5/18                                                                   © 2020 Florida Realtors®

The Clerk of Court or Designee as Elisor on behalf of Seller Frantz Germain

8. **Compensation:** Seller will compensate Broker as specified below for procuring a buyer who is ready, willing, and able to purchase the Property or any interest in the Property on the terms of this Agreement or on any other terms acceptable to Seller. Seller will pay Broker as follows (plus applicable sales tax):

   (a) $_____ _____% of the total purchase price plus $ 535 _____ OR $_____ no later than the date of closing specified in the sales contract. However, closing is not a prerequisite for Broker's fee being earned.

   (b) _____ ($ or %) of the consideration paid for an option, at the time an option is created. If the option is exercised, Seller will pay Broker the Paragraph 8(a) fee, less the amount Broker received under this subparagraph.

   (c) _____ ($ or %) of gross lease value as a leasing fee, on the date Seller enters into a lease or agreement to lease, whichever is earlier. This fee is not due if the Property is or becomes the subject of a contract granting an exclusive right to lease the Property.

   (d) Broker's fee is due in the following circumstances: (1) If any interest in the Property is transferred, whether by sale, lease, exchange, governmental action, bankruptcy, or any other means of transfer, regardless of whether the buyer is secured by Seller, Broker, or any other person. (2) If Seller refuses or fails to sign an offer at the price and terms stated in this Agreement, defaults on an executed sales contract, or agrees with a buyer to cancel an executed sales contract. (3) If, within 90 _____ days after Termination Date ("Protection Period"), Seller transfers or contracts to transfer the Property or any interest in the Property to any prospects with whom Seller, Broker, or any real estate licensee communicated regarding the Property before Termination Date. However, no fee will be due Broker if the Property is relisted after Termination Date and sold through another broker.

   (e) **Retained Deposits:** As consideration for Broker's services, Broker is entitled to receive _____% (50% if left blank) of all deposits that Seller retains as liquidated damages for a buyer's default in a transaction, not to exceed the Paragraph 8(a) fee.

9. **Cooperation with and Compensation to Other Brokers: Notice to Seller:** The buyer's broker, even if compensated by Seller or Broker, may represent the interests of the buyer. Broker's office policy is to cooperate with all other brokers except when not in Seller's best interest and to offer compensation in the amount of ☑ 2.5 _____% of the purchase price or $_____ to a single agent for the buyer; ☑ 2.5 _____% of the purchase price or $_____ to a transaction broker for the buyer; and ☑ 2.5 _____% of the purchase price or $_____ to a broker who has no brokerage relationship with the buyer. ☐ None of the above. (If this is checked, the Property cannot be placed in the MLS.)

10. **Brokerage Relationship:** Broker will act as a transaction broker. Broker will deal honestly and fairly; will account for all funds; will use skill, care, and diligence in the transaction; will disclose all known facts that materially affect the value of the residential property which are not readily observable to the buyer; will present all offers and counteroffers in a timely manner unless directed otherwise in writing; and will have limited confidentiality with Seller unless waived in writing.

11. **Conditional Termination:** At Seller's request, Broker may agree to conditionally terminate this Agreement. If Broker agrees to conditional termination, Seller must sign a withdrawal agreement, reimburse Broker for all direct expenses incurred in marketing the Property, and pay a cancellation fee of $ 0 _____ plus applicable sales tax. Broker may void the conditional termination, and Seller will pay the fee stated in Paragraph 8(a) less the cancellation fee if Seller transfers or contracts to transfer the Property or any interest in the Property during the time period from the date of conditional termination to Termination Date and Protection Period, if applicable.

12. **Dispute Resolution:** This Agreement will be construed under Florida law. All controversies, claims, and other matters in question between the parties arising out of or relating to this Agreement and the breach thereof will be settled by first attempting mediation under the rules of the American Mediation Association or other mediator agreed upon by the parties. If litigation arises out of this Agreement, the prevailing party will be entitled to recover reasonable attorney's fees and costs, unless the parties agree that disputes will be settled by arbitration as follows. **Arbitration:** By initialing in the space provided, Seller RG [    ] Sales Associate [    ] and Broker [    ] agree that disputes not resolved by mediation will be settled by neutral binding arbitration in the county in which the Property is located in accordance with the rules of the American Arbitration Association or other arbitrator agreed upon by the parties. Each party to any arbitration (or litigation to enforce the arbitration provision of this Agreement or an arbitration award) will pay its own fees, costs, and expenses, including attorney's fees, and will equally split the arbitrator's fees and administrative fees of arbitration.

13. **Miscellaneous:** This Agreement is binding on Seller's and Broker's heirs, personal representatives, administrators, successors, and assigns. Broker may assign this Agreement to another listing office. This

Seller [RG] [    ] and Broker/Sales Associate [    ] acknowledge receipt of a copy of this page, which is Page 3 of 4.
ERS-18b Rev 5/2/    © 2020 Florida Realtors®

the Clerk of Court or Designee as Elisor for Seller Frantz Bermain



## Wire Fraud Prevention Notice

Brokerage Name: Keller Williams Realty Partners SW

Always independently verify wiring instructions sent via email

Criminals/hackers are targeting email accounts of various parties involved in real estate transactions (e.g., lawyers, title agents, mortgage brokers, real estate agents). These emails are convincing and sophisticated. Among other concerns, this has led to fraudulent wiring instructions being used to divert funds to the criminal's bank account. These emails may look like legitimate emails from the proper party. If you receive an email regarding instructions that contains any suspicious information, do not click on any links that may be in the email and do not reply.

Broker strongly recommends that Buyer, Seller, and their respective attorneys and others working on a transaction, refrain from placing any sensitive personal and financial information in an email, directly or through an email attachment. When there is a need to share Social Security numbers, bank accounts, credit card numbers, wiring instructions or similar sensitive information, Broker strongly recommends using more secure means, such as providing the information in person, over the phone, or through secure mail or package services, whenever possible. In addition, **before Buyer or Seller wires any funds to any party (including Buyer or Seller's attorney, title agent, mortgage broker, or real estate broker) personally call them to confirm the information is legitimate (i.e., confirm the ABA routing number or SWIFT code and credit account number).** Buyer and Seller should call them at a number that is independently obtained (e.g., from this Contract, the recipient's website, etc.) and not use the number in the email in order to be sure that the contact is a legitimate party.

Buyer/Seller Name (Print): Rita Germain

Buyer/Seller Signature: R Germain

Date: 3/21/2023

Buyer/Seller Name (Print): Frantz Germain

Buyer/Seller Signature:

The Clerk of Court or Designee as Elisor on behalf of Seller Frantz Germain

Date:

© 2020 Florida Realtors®

Filing # 191086352 E-Filed 02/01/2024 07:15:59 PM

IN THE CIRCUIT COURT OF THE 17ᵗʰ
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

IN THE FORMER MARRIAGE OF:                    Case No.: **FMCE-23-10724**

RITA GERMAIN,
        Petitioner,

        and

FRANTZ GERMAIN,
        Respondent.

_____/

## DEFAULT FINAL JUDGMENT OF DOMESTICATION AND ENFORCEMENT AND ORDER APPOINTING SPECIAL MAGISTRATE

THIS MATTER came to be heard on January 25, 2024, upon the Amended Petition for Domestication and Enforcement, filed by the Petitioner, RITA GERMAIN. The Petitioner was present and was represented by Cheryl Bucker, Esq. A Clerk's Default was entered against the Respondent on November 22, 2023, for failure to serve or file any paper as required by law. Notice of the Default Hearing was served on the Respondent, via email: Frantz701@yahoo.com. The Court, having heard arguments of counsel, testimony of the parties, having reviewed the pleadings, and being fully advised in the premises, does hereby

ORDER, ADJUDGE AND DECREE:

1.  The Court has jurisdiction of the parties and the subject matter.

2.  The Judgment of Dissolution from the Superior Court of California in Placer County, entered on February 10, 2023, is hereby domesticated.

3.  Furthermore, the following provisions contained within Judgment of Dissolution from the Superior Court of California in Placer County, entered on February 10, 2023, are hereby enforced:

    a.  **Page 5 of 11 (Lines 11-19),**

        *Based upon the foregoing, the court hereby finds that the presumed child support is $1,379 per month payable from Frantz to Rita. The court reserved jurisdiction to modify support back to June 1, 2021....,*

        *At the first hearing on child support, Rita had just ceased working for United Health, Frantz was ordered to pay $864 per month to Rita commencing June 1, 2021. The court has now received evidence of income not readily available at the*

*The court finds Rita's evidence for the fair market rental value to be persuasive. Frantz provided no rental value evidence, although he did obtain a fair market appraisal. Therefore, the court finds that the fair market rental value of the Coconut Creek residence to be $2,100 per month. Frantz has been in the home essentially rent free since the date of separation. Thus, the court will charge him $2,100 per month from August 1, 2018 through November 31, 2021 (40 months) for a total of $84,000.*

#### f. Page 8 of 11 (Lines 1-5)

*There is a disparity in access to resources in favor of Frantz. The court finds that Frantz has the ability to pay reasonable attorney's fees. Rita has the need for an award of attorney's fees. Based upon the evidence before the court, the court hereby awards attorney's fees and costs to Rita in the sum of $7,500.*

#### g. Page 8 of 11 (Lines 22-28)

*Based upon the foregoing, the court hereby makes the following orders:*

*5. Frantz is hereby awarded the following assets and assigned the following debts [sic] and liabilities:*

*c. Fair market rental value of the single-family residence located at 4140 N.W. 62nd Court, Coconut Creek, FL in the sum of $84,000.*

#### h. Page 9 of 11 (Lines 1-13 and Lines 18-28)

*d. Household furniture and furnishings in his possession.*

*6. Rita is hereby awarded the following assets and assigned the following debts and liabilities:*

*b. An equalizing payment from sales proceeds of the Coconut Creek residence in the sum of $46,266, which shall be deducted from Frantz's on-half [sic] of the net proceeds to the seller upon close of escrow.*

*7. Frantz shall pay child support to Rita in the sum of $1,379 per month commencing June 1, 2021 and continuing until the first of the following events to occur:*

*    a. the death of Adelle;*
*    b. Adelle obtaining the age of 18 years and graduation from High School;*
*    c. Age 19 provided that Adelle remains fully enrolled in High School;*
*    d. Further order of court.*

*10.     Frantz shall pay to Rita the sum of $1,102 per month as and for temporary spousal commencing June 1, 2021 up to and including January 31, 2022.*

*11      Frantz shall pay to Rita the sum of $750 per month as and for long term*

*law and motion hearing. Frantz shall receive credit for child support paid from June 1, 2021. The court reserves jurisdiction to determine arrearages based upon the revised child support amount.*

b. **Page 5 of 11 (Lines 25-27),**

*Frantz is hereby ordered to pay spousal support to Rita in the sum of $1,102 commencing June 1, 2021 through January 31, 2022. The arrearage is $8,816. Commencing February 1, 2022, spousal support shall be determined pursuant to Section 4320.*

c. **Page 6 of 11 (Lines 20-26),**

*The court finds that reasonable spousal support under these circumstances is $750 per month. The court finds that Frantz has the ability to pay spousal support in the sum of $750 per month commencing February 1, 2022 and continuing for a period of 18 months. Spousal support for Rita shall terminate upon the death of either party, the remarriage of Rita, further order of court, or July 31, 2023, which ever first occurs. The court terminates jurisdiction to award spousal support to Frantz effective February 1, 2022.*

d. **Page 6 of 11 (Lines 27-28),**

*Single Family Residence 4140 N.W. 62ⁿᵈ Court, Coconut Creek, FL.*

e. **Page 7 of 11 (Lines 1-23)**

*The former family residence shall be listed for sale forthwith. The parties are hereby ordered to select an agreed to real estate sales broker or agent for listing. The listing price shall be determined after consultation with the broker or sales agent. The court reserves jurisdiction to resolve any dispute over the designation of the broker or sales agent, the listing price, and the sales price.*

*Upon close of escrow, the net proceeds to Sellers shall be divided as set forth herein. The sales proceeds have been divided herein in such a manner as to equalize the division of the community estate.*

*The Court expressly reserves jurisdiction to enforce the provision of the judgment pursuant to Family Code Section 290. Including, but not limited to, appointing an Elisor to execute documents required for the sale of the family home in the event a party fails or refuses to do so.*

*Since the date of separation, Frantz has been in sole and exclusive possession and enjoyment of the former family residence. Further, during his tenure at the residence, he has failed to pay the mortgage, took advantage of the deferments on foreclosures and entered into a modified loan agreement with PennyMac, the lending institution.*

*spousal support for a period on 18 months commencing February 1, 2022 up to and including July 31, 2023. Spousal support for Rita shall terminate upon the first for the following events to occur:*

    *a  the death of either party;*
    *b  Rita's remarriage;*
    *c  July 31, 2023 at mid-night;*
    *d  Further order of court.*

*12.  Jurisdiction to award spousal support to Frantz terminates January 31, 2022.*

### i.  Page 10 of 11 (Lines 1-17)

*The former family residence located at 4140 N.W. 62ⁿᵈ [sic] Court, Coconut Creek, FL shall be listed for sale forthwith.*

*a  The parties shall designate and agreed [sic] to broker or sales agent for the purpose of sale.*

*b  The sale price shall be set with the advice of the broker or sales agent.*

*c  The court reserved jurisdiction to designed [sic] a broker or sales agent, the listing price, the sales price, the terms of sale and any dispute over escrow or closing instructions.*

*d  The net sales proceeds to Sellers shall be divided as follows:*
    *i The net sales proceeds shall be divided equally.*
    *ii Prior to the distribution of the sales proceeds to Rita and Frantz, the sum of $46,266 shall be deducted from Frantz's one-half share and added to Rita's one-half share. In other words, Frantz shall receive on-half [sic] of the net proceeds minus $46,266 and Rita shall receive on-half [sic] of the net proceeds plus $46,266.*

*14  Rita is hereby awarded attorney fees and cost in the sum of $7,500 payable by Frantz to Rita.*

4.  The home located at: 4140 N.W. 62nd Court, Coconut Creek, FL 33073 (hereinafter "Coconut Creek home") shall be immediately sold.

5.  A Special Magistrate has been appointed to the case to execute the closing contract for the Coconut Creek home and any matters related thereto on behalf of the Respondent.

6.  This Court hereby appoints Penny Taylor-Miller, Esq. to act as Special Magistrate in this case and to execute the closing documents for the sale of the Coconut Creek home, on behalf of the Respondent.

7.  All attorney's fees and costs incurred as result of this appointment and the services rendered as a Special Magistrate at her hourly rate of $300.00 per hour, shall be paid/deducted from the Respondent's portion of proceeds from the sale of the Coconut Creek home, if any. In the event that there are not sufficient net sales proceeds available from the Respondent's share of the net sales proceeds to pay the Special Magistrate, her fees shall be a line item on the Settlement



Broward County Commission
Deed Doc Stamps: $3570.00

Prepared by:
Eric T. Salpeter, Esq.
Salpeter Gitkin LLP
3864 Sheridan Street
Hollywood, FL 33021
954-467-8622
File Number: 5010.001

After recording return to:
Title Now, LLC
440 NE 4th Avenue
Suite 2
Fort Lauderdale, FL 33301
File Number: A23-07021T

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

This Warranty Deed made this __8__ day of March, 2024 between Rita Germain n/k/a Rita Augustin, a married woman, whose post office address is 5150 Rocklin Rd., #303, Rocklin, CA 95677, and Frantz Germain, a single man, whose post office address is c/o Penny Taylor-Miller, P.A., 10100 W. Sample Road, Suite 332, Coral Springs, FL 33065, ("Grantor"), and Winston Barwise Cannicle and Stacy D. Downs Cannicle, husband and wife whose post office address is 4140 NW 62nd Court, Coconut Creek, FL 33073, ("Grantee"):

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Broward County, Florida to-wit:

A portion of Parcel "A", "Cocobay", according to the plat thereof, as recorded in Plat Book 160, Page 6, of the Public Records of Broward County, Florida, being more particularly described as follows:

Commence at the South Quarter (1/4) corner of Section 5, Township 48 South, Range 42 East, as shown on the said plat of "Cocobay", the West line of the Southeast 1/4 of said Section 5, having a bearing of North 01° 05'24" West; thence North 12°36'14" West, for 693.66 feet to the Point of Beginning of the hereinafter described parcel; thence South 77°39'46" West, along the South boundary line of said Parcel A", for 50.10 feet; thence North 12°20'14" West, for 115.00 feet; thence North 77°39'46" East, for 50.10 feet; thence South 12°20'14" East, for 115.00 feet to the Point of Beginning.

Also known as Lot 63, "Cocobay", an unrecorded plat in the City of Coconut Creek, Broward County, Florida.

(Bearings are based upon the West line of the Southeast 1/4 of Section 5, Township 48 South, Range 42 East, as shown on the plat of "Cocobay", as recorded in Plat Book 160, Page 6, of the Public Records of Broward County, Florida, having a bearing of North 01°05'24" West.)

Parcel Identification Number: 48-42-05-22-0630
Property Address: 4140 NW 62nd Court, Coconut Creek, FL 33073

DoubleTime®

This conveyance is subject to the following:

1.      Taxes for the year 2024 and subsequent years, which are not yet due and payable;
2.      Covenants, conditions, restrictions, easements, reservations and limitations of record, if any without reimposing same.

***Grantor, Rita Germain n/k/a Rita Augustin, warrants that at the time of this conveyance, the subject property is NOT her homestead within the meaning set forth in the constitution of the State of Florida, nor is it contiguous to or part of homestead property. Grantor's residence is at 5150 Rocklin Rd., #303, Rocklin, CA 95677.

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2023.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness #1 Signature:
Jessica Sawczuk
Witness #1 Printed Name:
Witness #1 Address: 3864 Sheridan St
Holywood FL 33021
1.7

Witness #2 Signature:
Eric Seigel-ts
Witness #2 Printed Name:
Witness #2 Address:
3864 Sheridan Street
Hollywood, FL 33021

_____ (Seal)
Rita Germain n/k/a Rita Augustin

State of Florida
County of Broward

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this 6th day of March, 2024 by Rita Germain n/k/a Rita Augustin, who [ ] is personally known or [X] has produced Florida DL as identification.

[Notary Seal]

Jessica Sawczuk
Notary Public
State of Florida
Comm# HH391355
Expires 6/10/2025

Notary Public
Printed Name: Jessica Sawczuk
My Commission Expires: 06/10/2025

DoubleTime®

Witness #1 Signature:
Lisa Aline Kochlany
Witness #1 Printed Name:
Witness #1 Address: 10100 W. Sample Rd.

#318 Coral Springs, FL 33065

Witness #2 Signature:
Kacy Diruro
Witness #2 Printed Name:
Witness #2 Address: 10100 W. Sampleld

#318 Coral Springs FL 33065

_____(Seal)
By: Penny Taylor-Miller, Esq.,
as Special Magistrate for Frantz Germain

State of Florida
County of Broward

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this
____8____ day of March, 2024 by Penny Taylor-Miller, Esq., as Special Magistrate for Frantz Germain, who [ ] is
personally known or [✓] has produced __FL. D.C.__ _____ as identification.

[Notary Seal]

Notary Public

Printed Name:  Lisa Aline Kochlany

My Commission Expires:  3.25 - 2026

LISA ALINE KOCHLANY
Notary Public-State of Florida
Commission # HH 232123
My Commission Expires
March 26, 2026

DoubleTime®





# The State Bar *of California*

### 180 Howard St, San Francisco, CA 94105

**San Francisco**
Main Office
180 Howard Street
San Francisco, CA 94105
415-538-2000

- File a complaint against a California attorney, 800-843-9053
- Get help finding an attorney
- Ask a question about your State Bar license, AttorneyRegulation@calbar.ca.gov
- Ask a question about your application to the State Bar, admissions@calbar.ca.gov
- Find contact information for a particular office at the State Bar

**Attorney Profile**
**Edward A Misleh #273645**

License Status: Inactive

Address: The Law Offices of Edward Misleh, APC, 6395 Us Highway 1, Rockledge, FL 32955-5746 Phone: 321-951-9164 | Fax: 916-266-9403

## License Status, Disciplinary and Administrative History

**All changes of license status due to no disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|------|---------------|------------|----------------------|
| Present | Inactive | | |
| 3/4/2024 | Inactive | | |
| 12/1/2010 | Admitted to the State Bar of California | | |

1



# Broward County Sheriff's Office

*22-12521*
*FY*

## Booking Report



| CIS # | 512200561 | | BCCN # | 957798 | | | Booking Sheet Control Date and Time |
|---|---|---|---|---|---|---|---|
| OBTS | 607316799 | | Print Clearance | 12/21/22 21:44:08 | Prints Yes | | **12/21/22 23:27:19** |
| Arrest # | CK 2200561 | | Offense Report # | 202234207 | | Agency | COCONUT CREEK |

| Last Name First Middle | GERMAIN, FRANTZ | | | | | | SSN # | |
|---|---|---|---|---|---|---|---|---|

| Race | Sex | Height | Weight | Eyes | Hair | Comp. | Age Admitted | DOB | Place of Birth | State | FDLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | M | 509 | 180 | BRO | BLK | DRK | 39 | 3/23/1983 | PORT A PRINCE | HAITI | 0 |

| Permanent Address | 4140 NW 62ND CT  COCONUT CREEK FL 33073 | Months of Residence 0 |
|---|---|---|

| Arrest Date | 12/21/22 14:01.00 | Place of Arrest 4140 NW 62ND CT COCONUT CREEK FL 33073 | Arresting Officer  19237 E. RODRIGUEZ |
|---|---|---|---|

| Inmate Logged Date | 12/21/22 17:01:20 | Inmate Log Type  FULL INTAKE | Place Admitted  MAIN |
|---|---|---|---|

Intake Comments  SP/CO/29/54 16951 WC 17834

Alias Last name, First, Middle, DOB

Warrants Officer Id: bs 17834

Scars,Marks,Tattoos

| Release Date/Time | | Release Reason | | Release Authorized By |
|---|---|---|---|---|

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B. Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12/21/22 22:59 | 810.02-3(b) | | 2F | Y | HOLD FOR MAG | $0.00 |
| Charges | BURGLARY UNOCCUPIED DWELLING UNARMED | | Comments | | | | |
| Booking Off. ID | bs18036 | County | | | Judge | | |

* End of Report *

2023 MAR 17 AH 8: 02

CLERK, CIRCUIT COUNTY COURT
FILED FOR RECORD
I & M CENTRAL

Instr# 114801408 , Page 1 of 2, Recorded 12/28/2017 at 09:16 AM
Broward County Commission
Deed Doc Stamps: $2142.00

G

# EXHIBIT A

Prepared by:
Gregory S. Gefen, PA
1801 North Military Trail #203
Boca Raton, FL 33431
File Number: G17-1747
Return to:
Tropics Title Services, Inc.
13701 SW 88th Street #302
Miami, FL 33186

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

This Warranty Deed made this 21st day of December, 2017 between Frederick A. Pfeffer and Sharon A. Pfeffer, husband and wife, whose post office address is 3402 Bimini Lane #A-3, Coconut Creek, FL 33066, grantor, and Rita Germain and Frantz Germain, wife and husband, whose post office address is 4140 NW 62nd Court, Coconut Creek, FL 33073, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Broward County, Florida to-wit:

A portion of Parcel "A", "Cocobay", according to the plat thereof, as recorded in Plat Book 160, Page 6 of the Public Records of Broward County, Florida, being more particularly described as follows:

Commence at the South Quarter (1/4) corner of Section 5, Township 48 South, Range 42 East, as shown on the said plat of "Cocobay", the West Line of the Southeast 1/4 of said Section 5, having a bearing of North 01 degree, 05 minutes 24 seconds West; thence North 12 degrees, 36 minutes 14 seconds West for 693.66 feet to the Point of Beginning of the hereinafter described Parcel; thence South 77 degrees 39 minutes 46 seconds West, along the South boundary line of said Parcel "A", for 50.10 feet, thence North 12 degrees 20 minutes 14 seconds West, for 115.00 feet; thence North 77 degrees 39 minutes 46 seconds East, for 50.10 feet; thence South 12 degrees 20 minutes 14 seconds East for 115.00 feet to the Point of Beginning.

Also known as Lot 63, "Cocobay", an Unrecorded Plat in the City of Coconut Creek, Broward County, Florida.

(Bearings are based upon the West Line of the Southeast 1/4 of Section 5, Township 48 South, Range 42 East, as shown on the Plat of "Cocobay", as recorded in Plat Book 160, Page 6 of the Public Records of Broward County, Florida, having a bearing of North 01 degree 05 minutes 24 seconds West.)

Parcel Identification Number: 4842 05 22 0630

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2017.

CONTINUED ON NEXT PAGE

2/24/22, 1:22 PM

4140 NW 62 COURT



**MARTY KIAR
BROWARD**
PROPERTY APPRAISER

| Site Address | 4140 NW 62 COURT, COCONUT CREEK FL 33073-2047 | ID # | 4842 05 22 0630 |
|---|---|---|---|
| Property Owner | GERMAIN, FRANTZ & RITA | Millage | 3212 |
| Mailing Address | 4140 NW 62 CT COCONUT CREEK FL 33073 | Use | 01 |
| Abbr Legal Description | COCOBAY 160-6 B THAT PART OF PARCEL A DESC'D AS, COMM AT S 1/4 COR OF SEC 5-48-42 NWLY 693.66 TO POB,SWLY ALG S/L 50.10,NWLY 115.040,NELY 50.10, SELY 115 TO POB AKA: LOT 63 COCOBAY | | |

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

**Property Assessment Values**

| Year | Land | Building / Improvement | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2019 | $46,100 | $267,940 | $314,040 | $291,820 | |
| 2018 | $46,100 | $241,540 | $287,640 | $286,380 | $5,427.64 |
| 2017 | $40,330 | $230,140 | $270,470 | $164,320 | $2,936.85 |

**2019 Exemptions and Taxable Values by Taxing Authority**

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $314,040 | $314,040 | $314,040 | $314,040 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH 18 | $291,820 | $291,820 | $291,820 | $291,820 |
| Homestead 100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $241,820 | $266,820 | $241,820 | $241,820 |

**Sales History**

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 12/19/2017 | WD-Q | $306,000 | 114801408 |
| 3/5/1999 | WD | $138,100 | 29292 / 1526 |
| 1/22/1998 | WD* | $3,016,000 | 27591 / 976 |
| | | | |
| | | | |

* Denotes Multi-Parcel Sale (See Deed)

**Land Calculations**

| Price | Factor | Type |
|---|---|---|
| $8.00 | 5,762 | SF |
| | | |
| | | |
| | | |

| Adj. Bldg. S.F. (Card, Sketch) | 2000 |
|---|---|
| Units/Beds/Baths | 1/3/2 |
| Eff./Act. Year Built: 2000/1999 | |

**Special Assessments**

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 32 | Z | | CM | | | | | |
| R | 1 | | CM | | | | | |
| 1 | | | .13 | | | | | |

## PROPERTY OWNER BILL OF RIGHTS

### Section 70.002, Florida Statutes

This Bill of Rights does not represent all of your rights under Florida law regarding your property and should not be viewed as a comprehensive guide to property rights. This document does not create a civil cause of action and neither expands nor limits any rights or remedies provided under any other law. This document does not replace the need to seek legal advice in matters relating to property law. Laws relating to your rights are found in the State Constitution, Florida Statutes, local ordinances, and court decisions. Your rights and protection include:

1. The right to acquire, possess, and protect your property.

2. The right to use and enjoy your property.

3. The right to exclude others from your property.

4. The right to dispose of your property.

5. The right to due process

6. The right to just compensation for property taken for a public purpose.

7. The right to relief, or payment of compensation, when a new law, rule, regulation, or ordinance of the state or a political entity unfairly affects your property.

Effective July 1, 2019



Dear Mr. Germain, I extend my sincerest sympathies for the passing of your daughter, Adelle. Her presence undoubtedly brought light and joy to many. I cannot imagine the pain you must be feeling, and it is completely understandable. Thank you for sharing those cherished memories. Please do not hesitate to seek support during this difficult time. The emotional toll you are enduring may be too much to handle alone. Following a traumatic event, it is highly advisable to seek mental health assistance. I am writing to notify you that Attorney Edward Misleh, License Number 273645, has been placed on permanent inactive status. Additionally, the office has found your wife, Rita Germain, equally responsible and she must face the consequences. Mrs. Germain's false statements in the divorce petition must be addressed in the legal proceedings. In essence, a conviction for perjury, which involves knowingly making false statements under oath with the intent to deceive, is a grave matter. Since the crime occurred in Broward County, Florida, I recommend reporting both Mr. Misleh and your estranged wife to the local authorities immediately within the county's jurisdiction. I wish you the best of luck and take care of yourself.

Feb 28, 2024

Jane Christenson
Physical Address
11434 B Ave.
Auburn, CA 95603
Phone 530-889-7141
Fax 530-745-3135
jchristenson@placer.ca.gov

**ROB BONTA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 210-6276
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

MAY 06, 2022

PIU: 118548
Hello Mr. Germain,

We have received your follow-up email and would like to confirm that we are fully informed about Mr. Misleh's misconduct. The matter has been escalated to Executive Leadership Leah T. Wilson, Executive Director George Cardona, and Chief Trial Counsel Ellin Dayan for a thorough investigation and appropriate disciplinary measures. The Board of Trustees, with the approval of the California Supreme Court, has initiated this process in compliance with relevant statutes to uphold public protection and enforce standards for all State Bar licensed attorneys. Your case number is 21-O-11943, and rest assured that the designated team will handle this matter diligently and with great care.

*Sincerely,*
*Public Inquiry Unit*
*ROB BONTA*
*Attorney General*

